# EXHIBIT H



Int. Cl.: **41**

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 1,920,294
Registered Sep. 19, 1995

## SERVICE MARK
### PRINCIPAL REGISTER



LYONS PARTNERSHIP, L.P. (TEXAS LIMITED PARTNERSHIP)
200 EAST BETHANY DRIVE
ALLEN, TX 75002

FOR: LIVE THEATRICAL PERFORMANCES BY A COSTUMED CHARACTER, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 9-3-1993; IN COMMERCE 9-3-1993.

THE DRAWING OF THE MARK IS LINED FOR THE COLORS GREEN, RED, AND YELLOW, AND COLOR IS CLAIMED AS AN ELEMENT OF THE MARK.

SER. NO. 74-504,578, FILED 3-24-1994.

CHERYL BUTLER, EXAMINING ATTORNEY