# EXHIBIT L

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office   Reg. No. 1,807,708
Registered Nov. 30, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LYONS PARTNERSHIP, L.P. (TEXAS LIMITED PARTNERSHIP)
300 EAST BETHANY ROAD
ALLEN, TX 75002

   FOR: PLUSH TOYS, IN CLASS 28 (U.S. CL. 22).
   FIRST USE 9-11-1990; IN COMMERCE 9-11-1990.
   OWNER OF U.S. REG. NO. 1,713,227.

   THE DRAWING OF THE MARK IS LINED FOR THE COLORS GREEN AND PURPLE, AND COLOR IS CLAIMED AS AN ELEMENT OF THE MARK.
   THE MARK CONSISTS OF THE DISTINCTIVE CONFIGURATION OF A PLUSH TOY.

   SER. NO. 74-352,746, FILED 1-26-1993.

ALAN ATCHISON, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**  Reg. No. 1,918,112
Registered Sep. 12, 1995

## TRADEMARK
### PRINCIPAL REGISTER



LYONS PARTNERSHIP, L.P. (TEXAS LIMITED PARTNERSHIP)
300 EAST BETHANY ROAD
ALLEN, TX 75002

 FOR: PLUSH TOYS, IN CLASS 28 (U.S. CL. 22).

 FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

THE MARK IS LINED FOR THE COLORS GREEN AND PURPLE, AND COLOR IS CLAIMED AS AN ELEMENT OF THE MARK.
 THE MARK CONSISTS OF A CONFIGURATION OF A PLUSH DINOSAUR TOY.
 SEC. 2(F).

 SER. NO. 74-397,903, FILED 6-2-1993.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**  Reg. No. 1,937,783
Registered Nov. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



LYONS PARTNERSHIP, L.P. (TEXAS LIMITED PARTNERSHIP)
200 EAST BETHANY DRIVE
ALLEN, TX 75002

   FOR: PLUSH TOYS, IN CLASS 28 (U.S. CL. 22).
   FIRST USE 4-20-1994; IN COMMERCE 4-20-1994.
   THE DRAWING OF THE MARK IS LINED FOR THE COLORS GREEN, RED, AND YELLOW, AND COLOR IS CLAIMED AS AN ELEMENT OF THE MARK.
   THE MARK CONSISTS OF A CONFIGURATION OF A PLUSH DINOSAUR TOY.
   SEC. 2(F).

SER. NO. 74-474,580, FILED 12-23-1993.

RUSS HERMAN, EXAMINING ATTORNEY

**EXHIBIT M**

## BARNEY - USA - as of May 21, 2007

Report Date: 5/21/2007  Page: 1

Country: United States

| ID | Mark | Device | Classes | App. # | App. Dt | Reg. # | Reg. Dt | Status |
|---|---|---|---|---|---|---|---|---|
| 613 | Baby Bop | | 9, 16, 18, 21, 25, 28, 41. | 75/830948 | 10/25/1999 | 2557739 | 4/9/2002 | Registered |
| 676 | Baby Bop Design | [device] | 41 | 74/504590 | 3/24/1994 | 1936475 | 11/21/1995 | Registered |
| 1874 | Baby Bop Dinosaur Configuration | [device] | 28 | 74/397903 | 6/2/1993 | 1918112 | 9/12/1995 | Registered |
| 657 | Barney | | 25 | 75/097494 | 5/2/1996 | 2576908 | 6/11/2002 | Registered |
| 658 | Barney | | 3, 5, 8, 10, 11, 14, 16, 18, 20, 21, 24, 27, 28, 41 | 75/979265 | 3/31/2000 | 2455086 | 5/29/2001 | Registered |
| 659 | Barney | | 9 | 75/830927 | 10/25/1999 | 2440380 | 4/3/2001 | Registered |
| 1859 | Barney | | 9, 28 | 74/131284 | 1/17/1991 | 1697415 | 6/30/1992 | Registered |
| 1860 | Barney | | 16 | 74/378787 | 4/12/1993 | 1815882 | 1/11/1994 | Registered |
| 5418 | Barney | | 29, 30, 32 | 77/017985 | 10/10/2006 | | | Pending Application |
| 5460 | Barney | | 3, 9, 11, 16, 18, 20, 21, 24, 25, 28, 41 | 77/090873 | 1/25/2007 | | | Pending Application |
| 1862 | Barney & Children Design | [device] | 41 | 74/292849 | 7/8/1992 | 1761784 | 3/30/1993 | Registered |
| 1877 | Barney & Dinosaur/Star Design | [device] | 9, 18, 25, 26, 28 | 74/483445 | 1/27/1994 | 1921594 | 9/26/1995 | Registered |
| 5420 | Barney & Dinosaur/Star Design | [device] | 3, 11, 16, 20, 21, 24, 29, 30, 32, 41 | 77/056435 | 12/4/2006 | | | Pending Application |
| 6895 | Barney & Dinosaur/Star Design | [device] | 9, 18, 20, 25, 28 | 77/107022 | 2/14/2007 | | | Pending Application |

**BARNEY - USA - as of May 21, 2007**

Report Date: 5/21/2007    Page: 2

| ID | Name | Class | Image | Serial No. | Filed | Reg. No. | Registered | Status |
|---|---|---|---|---|---|---|---|---|
| 1861 | Barney & Friends (Stylized) | 41 | | 74/292486 | 7/8/1992 | 1754307 | 2/23/1993 | Registered |
| 1876 | Barney (Costume Configuration) | 41 | | 74/504588 | 3/24/1994 | 1922539 | 9/26/1995 | Registered |
| 1868 | Barney (Stylized) | 41 | | 74/286554 | 6/18/1992 | 1860039 | 10/25/1994 | Registered |
| 1865 | Barney Dinosaur Configuration (color) | 28 | | 74/352746 | 1/26/1993 | 1807708 | 11/30/1993 | Registered |
| 1869 | BJ | 28 | | 74/408656 | 6/30/1993 | 1864334 | 11/22/1994 | Registered |
| 1875 | BJ (Costume Configuration) | 41 | | 74/504578 | 3/24/1994 | 1920294 | 9/19/1995 | Registered |
| 1873 | BJ Dinosaur Configuration | 28 | | 74/474580 | 12/23/1993 | 1937783 | 11/28/1995 | Registered |
| 664 | Overlapping Dino Spots | 3, 8, 9, 14, 16, 18, 20, 21, 24, 25, 28, 41 | | 75/060676 | 2/21/1996 | 2347428 | 5/2/2000 | Registered |
| 5326 | Riff | 9, 28, 41 | | 78/926068 | 7/10/2006 | | | Pending Application |
| 5327 | Riff Design | 28, 41 | | 78/926064 | 7/10/2006 | | | Pending Application |

EXHIBIT N



**EXHIBIT O**

# BOB THE BUILDER COPYRIGHT REGISTRATIONS

## COPYRIGHTS

| TITLE | REG. NO | MEDIA | PUB. Y/M/D | REGISTRATION Y/M/D |
|---|---|---|---|---|
| Bob | VA1030913 | Character | 1999/04/12 | 2000/03/06 |
| Bob the Builder: Series I - Episodes 1 -13 | PA 957661 | UK Ep. | 1999/04/12 | 1999/08/23 |
| Bob the Builder: Series II - Episodes 1 -13 | PA 1056902 | UK Ep. | 1999/10/11 | 2000/09/25 |
| Bob the Builder: Series III - Episodes 1 - 13 | PA 1056901 | UK Ep. | 1999/10/11 | 2000/09/25 |
| Bob the Builder: Series IV - Episodes 1 - 13 | PA 1079772 | UK Ep. | 2001/02/26 | 2001/06/25 |
| Bob the Builder: US Episode 1 | PA1214433 | Nick Jr. | 2001/01/22 | 2004/03/01 |
| Bob the Builder: US Episode 2 | PA1214438 | Nick Jr. | 2001/01/23 | 2004/03/01 |
| Bob the Builder: US Episode 3 | PA1214444 | Nick Jr. | 2001/01/16 | 2004/03/01 |
| Bob the Builder: US Episode 4 | PA1214451 | Nick Jr. | 2001/01/19 | 2004/03/01 |
| Bob the Builder: US Episode 5 | PA1214435 | Nick Jr. | 2001/01/24 | 2004/03/01 |
| Bob the Builder: US Episode 6 | PA1214434 | Nick Jr. | 2001/01/15 | 2004/03/01 |
| Bob the Builder: US Episode 7 | PA1214432 | Nick Jr. | 2001/01/25 | 2004/03/01 |
| Bob the Builder: US Episode 8 | PA1214443 | Nick Jr. | 2001/01/26 | 2004/03/01 |
| Bob the Builder: US Episode 9 | PA1214417 | Nick Jr. | 2001/01/29 | 2004/03/01 |
| Bob the Builder: US Episode 10 | PA1214452 | Nick Jr. | 2001/01/15 | 2004/03/01 |
| Bob the Builder: US Episode 11 | PA1214431 | Nick Jr. | 2001/01/30 | 2004/03/01 |
| Bob the Builder: US Episode 12 | PA1214424 | Nick Jr. | 2001/01/18 | 2004/03/01 |
| Bob the Builder: US Episode 13 | PA1214440 | Nick Jr. | 2001/01/31 | 2004/03/01 |

| Title | Registration | Network | Air Date | Date |
|---|---|---|---|---|
| Bob the Builder: US Episode 14 | PA1214421 | Nick Jr. | 2001/02/01 | 2004/03/01 |
| Bob the Builder: US Episode 15 | PA1214449 | Nick Jr. | 2001/06/06 | 2004/03/01 |
| Bob the Builder: US Episode 16 | PA1214418 | Nick Jr. | 2001/06/05 | 2004/03/01 |
| Bob the Builder: US Episode 17 | PA1214445 | Nick Jr. | 2001/01/17 | 2004/03/01 |
| Bob the Builder: US Episode 18 | PA1214446 | Nick Jr. | 2001/01/13 | 2004/03/01 |
| Bob the Builder: US Episode 19 | PA1214422 | Nick Jr. | 2001/06/04 | 2004/03/01 |
| Bob the Builder: US Episode 20 | PA1214448 | Nick Jr. | 2001/06/07 | 2004/03/01 |
| Bob the Builder: US Episode 21 | PA1214453 | Nick Jr. | 2001/06/08 | 2004/03/01 |
| Bob the Builder: US Episode 22 | PA1214437 | Nick Jr. | 2001/11/12 | 2004/03/01 |
| Bob the Builder: US Episode 23 | PA1214436 | Nick Jr. | 2001/11/19 | 2004/03/01 |
| Bob the Builder: US Episode 24 | PA1214423 | Nick Jr. | 2001/11/26 | 2004/03/01 |
| Bob the Builder: US Episode 25 | PA1214429 | Nick Jr. | 2002/03/07 | 2004/03/01 |
| Bob the Builder: US Episode 26 | PA1214427 | Nick Jr. | 2002/03/14 | 2004/03/01 |
| Bob the Builder: US Episode 27 | PA1214425 | Nick Jr. | 2001/12/10 | 2004/03/01 |
| Bob the Builder: US Episode 28 | PA1214447 | Nick Jr. | 2002/03/20 | 2004/03/01 |
| Bob the Builder: US Episode 29 | PA1214442 | Nick Jr. | 2002/04/12 | 2004/03/01 |
| Bob the Builder: US Episode 30 | PA1214450 | Nick Jr. | 2002/10/10 | 2004/03/01 |
| Bob the Builder: US Episode 31 | PA1214441 | Nick Jr. | 2002/10/11 | 2004/03/01 |
| Bob the Builder: US Episode 32 | PA1214439 | Nick Jr. | 2002/10/15 | 2004/03/01 |
| Bob the Builder: US Episode 33 | PA1214454 | Nick Jr. | 2002/10/16 | 2004/03/01 |
| Bob the Builder: US Episode 34 | PA1214455 | Nick Jr. | 2002/10/09 | 2004/03/01 |
| Bob the Builder: US Episode 35 | PA1214428 | Nick Jr. | 2002/10/07 | 2004/03/01 |
| Bob the Builder: US Episode 36 | PA1214426 | Nick Jr. | 2002/10/17 | 2004/03/01 |

2

| Title | Reg. No. | Channel | Date 1 | Date 2 |
|---|---|---|---|---|
| Bob the Builder: US Episode 37 | PA1214430 | Nick Jr. | 2002/10/18 | 2004/03/01 |
| Bob the Builder: US Episode 38 | PA1214420 | Nick Jr. | 2003/11/24 | 2004/03/01 |
| Bob the Builder: US Episode 39 | PA1214419 | Nick Jr. | 2002/10/08 | 2004/03/01 |
| Bob the Builder: Snowed Under - The Bobblesberg Winter Games | PA1283502 | HV | 2004/09/28 | 2002/02/18 |
| Bob the Builder: The LIVE Show! | PA1232914 | HV | 2004/07/06 | 2004/08/09 |
| Bob the Builder: A Christmas To Remember | PA1216780 | HV | 2003/09/30 | 2004/02/17 |
| Bob the Builder: Bob Saves The Day | PA1216784 | HV | 2002/12/17 | 2004/02/17 |
| Bob the Builder: Bob's White Christmas | PA1119342 | HV | 2001/10/16 | 2002/10/16 |
| Bob the Builder: Building Friendships | PA1216783 | HV | 2003/05/27 | 2004/02/17 |
| Bob the Builder: Busy Bob & Silly Spud | PA1119227 | HV | 2002/08/06 | 2002/10/15 |
| Bob the Builder: Can We Fix It? | PA1119862 | HV | 2001/05/22 | 2002/10/16 |
| Bob the Builder: Celebrate With Bob | PA1119229 | HV | 2002/08/06 | 2002/10/16 |
| Bob the Builder: Muck's Favorite Adventures | PA1219703 | HV | 2004/01/27 | 2004/02/23 |
| Bob the Builder: Pet's In A Pickle | PA1119854 | HV | 2001/08/07 | 2002/10/16 |
| Bob the Builder: Scoop's Favorite Adventures | PA1219447 | HV | 2004/01/27 | 1994/02/23 |
| Bob the Builder: Teamwork | PA1216781 | HV | 2003/07/29 | 2004/02/17 |
| Bob the Builder: The Big Game | PA1116603 | HV | 2002/01/08 | 2002/10/15 |
| Bob the Builder: The Knights of Fix-A-Lot | PA1216782 | HV | 2003/03/11 | 2004/02/17 |
| Bob the Builder: To The Rescue | PA1113088 | HV | 2001/05/22 | 2002/10/15 |
| Bob the Builder: Tool Power | PA1218213 | HV | 2003/12/30 | 2004/02/23 |
| Bob the Builder: Roley's Favorite Adventures | PA1232617 | HV | 2004/07/27 | 2004/08/09 |
| Bob the Builder: Bob's Favorite Adventures | PA1232614 | HV | 2004/07/27 | 2004/08/09 |

3

| Title | Reg. No. | Date | Type | Date 2 |
|---|---|---|---|---|
| Bob the Builder: Dig! Lift! Haul! | PA1243058 | 2004/03/23 | HV | 2004/09/28 |
| Bob the Builder: Yes We Can! | Pending | 2005/01/18 | HV | Pending |
| Bob the Builder: Help Is On The Way! | Pending | 2005/03/22 | HV | Pending |
| Bob the Builder: Getting the Job Done! | PA1283314 | 2005/05/24 | HV | 2005/04/25 |
| Bob the Builder: Bob's Big Plan | PA1294315 | 2005/08/23 | HV | 2005/08/24 |
| Bob the Builder: Plush Toy | VA1205539 | 2001/05/15 | Toy | 2002/10/16 |
| Bob the Builder: Surprise Disguise! | TX6022717 | 2004/07/01 | Book | 2004/08/09 |
| Bob the Builder: Traffic Trouble | TX6022807 | 2004/08/01 | Book | 2004/08/09 |
| Bob the Builder: Bob's Pizza | TX6049308 | 2004/06/01 | Book | 2004/09/08 |
| Bob the Builder: Ready, Set, Race | TX6049304 | 2004/07/01 | Book | 2004/09/08 |
| Bob the Builder: Snowed Under: The Bobblesberg Winter Games | TX6049309 | 2004/09/01 | Book | 2004/09/08 |
| Bob the Builder: We Can Do It! | TX6057716 | 2004/09/01 | Book | 2004/09/08 |
| Bob the Builder: Can You Feel It? | TX6074705 | 2004/08/01 | Book | 2004/11/01 |
| Bob the Builder: Snowed Under: The Bobblesberg Winter Games (Coloring Book) | TX6079481 | 2004/08/01 | Book | 2004/11/01 |
| Bob the Builder: Helping Hands/Things To Do With The Crew | TX6117684 | 2005/01/01 | Book | 2005/01/06 |
| Bob's Valentine Surprise | TX5500678 | 2002/01/01 | Book | 2002/03/29 |
| A Surprise for Wendy | TX5643459 | 2002/11/01 | Book | 2002/12/12 |
| Bob the Builder: Bob's Spring Paradise | TX6107398 | 2005/01/01 | Book | 2005/03/14 |

4

# EXHIBIT P

# BOB - USA - as of May 21, 2007

Report Date: 5/21/2007　Page: 1

Country: United States

| ID | Mark | Device | Classes | App. # | App. Dt | Reg. # | Reg. Dt | Status |
|---|---|---|---|---|---|---|---|---|
| 2377 | Bob Design (Hands on hips) | [device] | 9, 16, 25, 28, 41 | 76/396551 | 4/16/2002 | 2831305 | 4/13/2004 | Registered |
| 1858 | Bob the Builder | | 9, 16, 21, 25, 28, 41 | 75/719345 | 6/2/1999 | 2713778 | 5/6/2003 | Registered |
| 1750 | Bob the Builder (rivlo) | [device] | 9, 16, 21, 25, 28, 41. | 75/719346 | 2/6/1999 | 2759172 | 9/2/2003 | Registered |
| 5265 | Can We Build It? | | 9, 16, 21, 25, 28, 41 | 78/628790 | 5/12/2005 | | | Pending Application |
| 1856 | Can We Fix It? | | 9, 16, 25, 28, 41 | 76/226917 | 3/20/2001 | 2869982 | 8/3/2004 | Registered |
| 1855 | Can We Fix It? Yes We Can! | | 9, 16, 21, 25, 28, 41 | 76/226916 | 3/20/2001 | 2732889 | 7/1/2003 | Registered |

# EXHIBIT Q

Int. Cls.: **9, 16, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **2,831,305**
Registered Apr. 13, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



HIT ENTERTAINMENT, PLC (UNITED KINGDOM CORPORATION)
MAPLE HOUSE 149 TOTTENHAM COURT ROAD
LONDON, UNITED KINGDOM W1T 7NF

FOR: PRE-RECORDED VIDEO CASSETTES AND AUDIO CASSETTES FEATURING ENTERTAINMENT AND EDUCATION FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-1999; IN COMMERCE 5-22-2001.

FOR: (BASED ON 44(E)) CHILDREN'S BOOKS AND ACTIVITY BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-31-1999; IN COMMERCE 5-31-2001.

FOR: PLUSH TOYS, SOFT TOYS, TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-31-1999; IN COMMERCE 7-31-2001.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF AN ANIMATED TELEVISION SERIES FOR CHILDREN, LIVE PERFORMANCES AND APPEARANCES BY A COSTUMED CHARACTER, AND FAN CLUB SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-30-1999; IN COMMERCE 1-31-2001.

OWNER OF UNITED KINGDOM REG. NO. 2208074, DATED 7-28-2000, EXPIRES 9-8-2009.

SER. NO. 76-396,551, FILED 4-16-2002.

STEPHANIE DAVIS, EXAMINING ATTORNEY