JUDGE STANTON

07 CV 7121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC. <br><br> Plaintiffs, <br><br> v. <br><br> PARTY ART PRODUCTIONS INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT, <br><br> Defendants. | Docket No. _____ <br><br> **RULE 7.1 DISCLOSURE STATEMENT** <br><br> ECF CASE <br> (LLS)(THK) |

RECEIVED AUG 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiffs hereby state:

Plaintiff Lyons Partnership, L.P. is wholly indirectly owned by its ultimate U.S. parent, Plaintiff HIT Entertainment, Inc. The general partner of Lyons Partnership, L.P. is Rhenclid, Inc., which is wholly owned by Plaintiff HIT Entertainment, Inc.

All plaintiffs are wholly indirectly owned by HIT Entertainment Scottish LP (Scottish), which has no parent corporation.

All of the aforementioned entities are privately held, and no publicly held corporation owns 10% or more of the stock of any of them.

Dated: New York, New York
August 9, 2007

                              COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

                              By: _____
                                  Toby M. J. Butterfield
                                  Matthew A. Kaplan

                              41 Madison Avenue, 34th Floor
                              New York, New York 10010
                              Telephone: (212) 974-7474
                              Telecopier: (212) 974-8474

                              Attorneys for Plaintiffs Lyons Partnership, L.P. and HIT Entertainment, Inc.