# UNITED STATES DISTRICT COURT

SOUTHERN                                    District of        NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY ART PRODUCTIONS INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT,<br><br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>**CASE NUMBER**<br><br>**'07 CIV 7121**<br><br>**JUDGE STANTON** |

TO: (Name and address of Defendant)

> Party Art Productions Inc.
> 51 Brandt Road
> Hillburn, NY 10931

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Toby M. J. Butterfield, Esq.
> Matthew A. Kaplan, Esq.
> COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
> 41 Madison Avenue, 34th Floor
> New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              AUG 0 9 2007

---
CLERK                                           DATE

*(signature)*

---
(By) DEPUTY CLERK

{A060381.DOC\1}

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| GARY HOCHMAN | AUGUST 20, 2007 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* <br> *Gary Hochman* | TITLE <br> PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

X☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

X☒ Name of person with whom the summons and complaint were left: Returned unexecuted:
PHILIP HERMAN

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/20/07__          _____*Gary Hochman*_____
      Date                       *Signature of Server*

*PO. Box 584, New City, N.Y. 10956*
                    *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}