# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.,

             Plaintiffs,

v.

PARTY ART PRODUCTIONS INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT,

             Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

07 CIV 7121

JUDGE STANTON

TO: (Name and address of Defendant)

Philip Herman
51 Brandt Road
Hillburn, NY 10931

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Toby M. J. Butterfield, Esq.
Matthew A. Kaplan, Esq.
COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            AUG 0 9 2007

CLERK                                        DATE

(By) DEPUTY CLERK

{A060381.DOC\1}

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1]<br>GARY HOCHMAN | DATE<br>AUGUST, 20, 2007 |
| NAME OF SERVER *(PRINT)*<br>Gary Hochman | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served: 51 BRANDT ROAD, HILLBURN, NY 10931
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
- [x] Name of person with whom the summons and complaint were left: Returned unexecuted:<br>PHILIP HERMAN
- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___AUGUST 20, 2007___   *Gary Hochman*
    Date                                          *Signature of Server*

    *PO Box 584, New City, N.Y. 10956*
        *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}