**INGBER & GELBER, LLP**
Mark J. Ingber (MI 9098)
181 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
(973) 921-0080

IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC., Plaintiffs, | |
| v. | Civil Action No. 07-CV-7121 (JUDGE STANTON) |
| PARTY ART PRODUCTIONS, INC., ROBERT HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP., D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT, Defendants | |

**NOTICE OF APPEARANCE OF INGBER & GELBER, LLP AS COUNSEL FOR PARTY ART PRODUCTIONS, INC., ROBERT HERMAN, PHILIP HERMAN**

Please enter the appearance of Ingber & Gelber, LLP, as counsel for Defendants Party Art Productions, Inc., Roberta Herman and Philip Herman.

Respectfully Submitted,

INGBER & GELBER, LLP

Dated: September 8, 2007

By: s/ Mark J. Ingber (MI-9098)
181 Millburn Avenue
Millburn, NJ 07041