Gary Adelman (GA7138)
BARTON, BARTON & PLOTKIN, LLP
420 Lexington Avenue
New York, NY 10170
(212) 687-6262
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYONS PARTNERSHIP, L.P. AND HIT
ENTERTAINMENT, INC.,

                              Plaintiffs,

     v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROL, ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

                              Defendants.
-----------------------------------------------------------------X

Civil Action No: 07 CIV 7121
    (Judge Stanton)

Rule 7.1 Statement

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PARTY POOPERS, Inc. (a private non-governmental party) certifies that for PARTY POOPERS, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:     New York, New York
             September 10, 2006

                                                              Gary Adelman (GA7138)