

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

STANTON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P. AND HIT )
ENTERTAINMENT, INC., )
) Docket No. 07-7121 (LLS)(THK)
Plaintiffs, )
)
v. )  **STIPULATION TO EXTEND**
)  **TIME**
PARTY ART PRODUCTIONS INC., ROBERTA )
HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., )
MARLA MASE, 57TH STREET PARTY CORP. D/B/A )
SAVE THE DATE, JENNIFER GILBERT, THE MAGIC )
AGENCY INC., SHELLEY CARROLL, ERIC SILVEY )
D/B/A ERIC SILVEY ENTERTAINMENT, )
)
Defendants. )

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants PARTY ART PRODUCTIONS INC., ROBERTA HERMAN AND PHILIP HERMAN (collectively, the "Party Art Defendants"), that:

1) The deadline for the Party Art Defendants to answer or move against the Complaint by filing a dispositive motion is extended by thirty (30) days, until October 10, 2007; and,

2) The Party Art Defendants agree not to object on the grounds of improper service.

Dated: September 7, 2007

COWAN, DeBAETS, ABRAHAMS &                INGBER & GELBER, LLP
SHEPPARD, LLP

_____                  _____
Matthew A. Kaplan, Esq.                    Mark J. Ingber, Esq.
41 Madison Avenue, 34th Floor              181 Millburn Avenue, Suite 202
New York, NY 10010                         Millburn, New Jersey 07041
(212) 974-7474                             (973) 921-0080
*Attorneys for Plaintiffs*                 *Attorney for Defendants Party Art Productions*
                                           *Inc., Roberta Herman and Philip Herman*

SO ORDERED:

_____
Hon. Louis L. Stanton, U.S.D.J.

9/11/07

{A060563.DOC/1}