OAO 440 (Rev. 8/01) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT

SOUTHERN     District of     NEW YORK

LYONS PARTNERSHIP, L.P. AND HIT
ENTERTAINMENT, INC.,

           Plaintiffs,

v.

PARTY ART PRODUCTIONS INC.,
ROBERTA HERMAN, PHILIP HERMAN,
PARTY POOPERS, INC., MARLA MASE,
57TH STREET PARTY CORP. D/B/A SAVE
THE DATE, JENNIFER GILBERT, THE
MAGIC AGENCY INC., SHELLEY
CARROLL, ERIC SILVEY D/B/A ERIC
SILVEY ENTERTAINMENT,

           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

**07 CIV 7121**

**JUDGE STANTON**

TO: (Name and address of Defendant)

    57th Street Party Corp d/b/a Save the Date
    451 Greenwich ~~Ave.~~ St. Ste. 502
    New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Toby M. J. Butterfield, Esq.
    Matthew A. Kaplan, Esq.
    COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
    41 Madison Avenue, 34th Floor
    New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON             AUG 0 9 2007

CLERK                                     DATE

*/s/ Marios Quintero*
(By) DEPUTY CLERK

{A060381.DOC\1}

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/6/07 |
| NAME OF SERVER (PRINT) David A. Betron | TITLE Process Server |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: 451 Greenwich St Ste 502 NY NY 10013

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

- [x] Name of person with whom the summons and complaint were left: Returned unexecuted:

- [ ] Other (specify): Left copy of Summons & Complaint on Jennifer Gilbert

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/10/07    _David A. Betron_
                Date              Signature of Server

531 Redwood Dr Cedarhurst, NY 11516
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}