INGBER & GELBER, LLP
Mark J. Ingber (MI 9098)
181 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
(973) 921-0080

IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P. AND
HIT ENTERTAINMENT, INC., :
    Plaintiffs, :

v. : Civil Action No.
: 07-CV-7121 (JUDGE STANTON)

PARTY ART PRODUCTIONS, INC., :
ROBERT HERMAN, PHILIP HERMAN,
PARTY POOPERS, INC., MARLA MASE,:
57TH STREET PARTY CORP., D/B/A
SAVE THE DATE, JENNIFER GILBERT,
THE MAGIC AGENCY INC., SHELLEY
CARROLL, ERIC SILVEY D/B/A
ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,
    Defendants :

### NOTICE OF APPEARANCE OF INGBER & GELBER, LLP AS COUNSEL FOR THE MAGIC AGENCY INC. AND SHELLEY CARROLL

Please enter the appearance of Ingber & Gelber, LLP, as counsel for Defendants The Magic Agency and Shelley Carroll.

Respectfully Submitted,

INGBER & GELBER, LLP

Dated: September 19, 2007

By: s/ Mark J. Ingber (MI-9098)
181 Millburn Avenue
Millburn, NJ 07041