ORIGINAL

Stanton, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P., et al.,

           Plaintiffs,

v.

PARTY ART PRODUCTIONS INC., et al,

           Defendants.

---

07 CV 7121 (LLS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendant ERIC SILVEY dba ERIC SILVEY ENTERTAINMENT ("Defendant") that:

1. The deadline for Defendant to answer or move against the Complaint is extended by thirty (30) days until October 19, 2007; and,

2. Defendant agrees not to object on the grounds of improper service, venue or lack of personal jurisdiction.

Dated: September 19, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
Zehra Abdi, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
Attorney for Plaintiffs

_____
Eric Silvey
Defendant Pro Se
225 East 57 Street
New York, New York 10022

SO ORDERED

_____
Louis L. Stanton
U.S.D.J.