UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.<br><br>                                  Plaintiffs,<br><br>- v -<br><br>PARTY ART PRODUCTIONS, INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT,<br><br>                                  Defendants. | **NOTICE OF APPEARANCE**<br><br>ECF CASE<br>07-CIV-7121<br>(LLS) (THK) |

PLEASE TAKE NOTICE of the appearance of Pinnisi & Anderson, LLP in the above-captioned case as counsel for Defendant Jennifer Gilbert and for Defendant 57th Street Party Corp. d/b/a Save the Date.

Dated: September 24, 2007        PINNISI & ANDERSON, LLP

                                       By:    */s Michael D. Pinnisi*
                                                   Michael D. Pinnisi
                                                   Bar No. MP5075
                                                   111 North Tioga Street, Suite 200
                                                   Ithaca, New York 14850
                                                   Telephone:  (607) 257-8000
                                                   Facsimile:  (607) 257-0990