UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.<br><br>         Plaintiffs,<br><br>   - v -<br><br>PARTY ART PRODUCTIONS, INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT,<br><br>         Defendants. | **RULE 7.1 STATEMENT**<br><br>ECF CASE<br>07-CIV-7121<br>(LLS) (THK) |

PURSUANT TO Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel of record for 57th Street Party Corp. d/b/a Save the Date (a private non-governmental party) certifies that 57th Street Party Corp d/b/a Save the Date has no corporate parents, affiliates, or subsidiaries that are publicly held.

Dated: September 24, 2007    PINNISI & ANDERSON, LLP

            By: */s Michael D. Pinnisi*
               Michael D. Pinnisi
               Bar No. MP5075
               111 North Tioga Street, Suite 200
               Ithaca, New York 14850
               Telephone:  (607) 257-8000
               Facsimile:  (607) 257-0990