UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P. AND HIT
ENTERTAINMENT, INC.,

                       Plaintiffs,

- v -

PARTY ART PRODUCTIONS, INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS, INC.,
MARLA MASE, 57TH STREET PARTY CORP. D/B/A
SAVE THE DATE, JENNIFER GILBERT, THE MAGIC
AGENCY INC., SHELLEY CARROLL, ERIC SILVEY
D/B/A ERIC SILVEY ENTERTAINMENT,

                       Defendants.

ECF CASE
07-CIV-7121
(LLS) (THK)

# NOTICE OF CHANGE OF ADDRESS

**To:  Attorney Admission Clerk and All Other Parties:**

PURSUANT TO LOCAL RULE 1.3 OF THIS COURT, PLEASE TAKE NOTICE of the following attorney information changes for counsel of record for Defendants Jennifer Gilbert and 57th Street Party Corp. d/b/a Save the Date:

*Attorney:*  No change (*i.e.*, SDNY attorney no. MP5075)

*Law Firm:*

    *From:*  Pinnisi & Anderson

    *To:*  Pinnisi & Anderson, LLP

I will continue to be counsel of record in the above-entitled case through Pinnisi & Anderson, LLP.  The docket previously indicated representation through the Pinnisi & Anderson general partnership due to my failure to update my firm information with the Clerk prior to Plaintiffsø commencement of this case.

*Address:*

    *From:*  <u>520 Cayuga Heights Road, Ithaca, NY 14850</u>

    *To:*  <u>111 North Tioga Street, Suite 200, Ithaca, NY 14850</u>

*Telephone Number, Fax Number, and E-Mail Address:*  No change.

Dated: September 25, 2007          PINNISI & ANDERSON, LLP

                         By:    <u>*/s Michael D. Pinnisi*</u>
                                 Michael D. Pinnisi
                                 Bar No. MP5075
                                 111 North Tioga Street, Suite 200
                                 Ithaca, New York 14850
                                 Telephone: (607) 257-8000
                                 Facsimile: (607) 257-0990
                                 mpinnisi@pinnisianderson.com