# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

| LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC., | |
|---|---|
| Plaintiffs, | **SUMMONS IN A CIVIL ACTION** |
| v. | |
| PARTY ART PRODUCTIONS INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. D/B/A SAVE THE DATE, JENNIFER GILBERT, THE MAGIC AGENCY INC., SHELLEY CARROLL, ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT, | CASE NUMBER<br>**07 CIV 7121**<br>JUDGE STANTON |
| Defendants. | |

TO: (Name and address of Defendant)

The Magic Agency Inc.
351 E. 85th St., Ste. 15A
New York NY 10028

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Toby M. J. Butterfield, Esq.
Matthew A. Kaplan, Esq.
COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          AUG 0 9 2007

CLERK                                        DATE

(By) DEPUTY CLERK

{A060381.DOC\1}

# AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index # 07CIV7121  
State of New York, U. S. DISTRICT COURT - Southern

Purchased/Filed: August 10, 2007  
County of New York

---

LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.,    Plaintiff

against

PARTY ART PRODUCTIONS INC., et. al.,    Defendant

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

__Sarah Roberts__, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on __September 18, 2007__, at __12:43PM__, at the office of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207, deponent served the annexed:

__Summons in a Civil Action and Complaint__

_____, on

__THE MAGIC AGENCY INC.__

Defendant in this action, by delivering to and leaving with __Amy Lesch__ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; that said service was made pursuant to Section __306 Business Corporation Law__, ☐; and via Registered Mail sent on _____, receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __35__   Approx. Weight: __185__   Approx. Ht.: __5'9__  
Sex: __Female__   Color of skin: __White__   Color of hair: __Blonde__   Other: _____

Sworn to before me on this __18th__ day of __September 2007__

*Linda J. Fuller*  
LINDA J. FULLER  
NOTARY PUBLIC, State of New York  
No. 01FU6137505, Warren County  
My Comm. Exp. November 28, 2009

Sarah Roberts

Cust. #/ WO # _____*_____

**COUNTRYWIDE PROCESS SERVICE, INC. - P.O. BOX 27 - CEDARHURST, NEW YORK 11516**

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE |
| NAME OF SERVER (PRINT)<br>Smith Robert || TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: Returned unexecuted:

☒ Other (specify): Served on Amy Lesch

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-18-07
          Date                                       Signature of Server

                                            Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{A060381.DOC\1}