

STANTON, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P., et al.,

                 Plaintiffs,

v.

PARTY ART PRODUCTIONS INC., et al,

                 Defendants.

---

07 CV 7121 (LLS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendants THE MAGIC AGENCY, INC. and SHELLEY CARROLL (collectively, "Defendants") that:

1. The deadline for Defendants to answer or move against the Complaint by filing a dispositive motion is extended by thirty (30) days until October 25, 2007; and,

2. Defendants agree not to object on the grounds of improper service.

Dated: September 21, 2007

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Matthew A. Kaplan, Esq.
Zehra J. Abdi, Esq.
41 Madison Avenue, 34th Floor
New York, New York 10010
*Attorney for Plaintiffs*

INGBER AND GELBER, LLP

_____
Mark J. Ingber, Esq.
181 Millburn Avenue
Millburn, New Jersey 07041

*Attorney for Defendants, The Magic Agency Inc. and Shelley Carroll*

SO ORDERED

_____
Louis L. Stanton
U.S.D.J.
10/4/07