INGBER & GELBER, LLP
Mark J. Ingber (MI 9098)
181 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
(973) 921-0080
Attorneys for Defendants
Party Art Productions, Inc.,
Roberta Herman and Philip Herman
Telephone: (973) 921-0080


IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

---------------------------------:
LYONS PARTNERSHIP, L.P. AND
HIT ENTERTAINMENT, INC.,          :
            Plaintiffs,           :
                                  :
         v.                       :   Civil Action No.
                                  :   07 -CV- 7121 (JUDGE STANTON)
PARTY ART PRODUCTIONS, INC.,      :
ROBERT HERMAN, PHILIP HERMAN,     :   RULE 7.1 STATEMENT
PARTY POOPERS, INC., MARLA MASE,  :
57TH STREET PARTY CORP., D/B/A
SAVE THE DATE, JENNIFER GILBERT,
THE MAGIC AGENCY INC., SHELLEY
CARROLL, ERIC SILVEY D/B/A
ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

            Defendants            :
                                  :
---------------------------------

   Pursuant to FRCP 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Magic Agency, Inc. (a private non-governmental party) certifies that Party Art Productions, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

October 18, 2007

                              INGBER & GELBER, LLP

                              By: S/ MARK J.INGBER
                                  Mark J. Ingber (MI 9098)