ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

STANTON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYONS PARTNERSHIP, L.P., et al.,

        Plaintiffs,

v.

PARTY ART PRODUCTIONS INC., et al.,

        Defendants.

07 CV 7121 (LLS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and Defendant ERIC SILVEY dba ERIC SILVEY ENTERTAINMENT ("Defendant") that the deadline for Defendant to answer or move against the Complaint is extended by one (1) week to October 26, 2007.

Dated: October 19, 2007

COWAN, DeBAETS, ABRAHAMS &
SHEPPARD, LLP

_____
Matthew A. Kaplan, Esq.
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
*Attorneys for Plaintiffs*

GREENFIELD, PUSATERI & RUHL

_____
Charles Ruhl, Esq.
626 Rexcorp Plaza
Uniondale, NY 11556
(516) 522-2565
*Attorneys for Defendant Eric Silvey dba Eric Silvey Entertainment*

SO ORDERED

_____
Louis L. Stanton
U.S.D.J.

10/19/07