UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.,

                                          Plaintiffs,                    **RULE 7.1**
                                                                         **STATEMENT**

                              - v -                                      DOCKET
                                                                         NO. 07-CV-
                                                                         7121 (LLS)
PARTY ART PRODUCTIONS INC., ROBERTA                                      (THK)
HERMAN, PHILIP HERMAN, PARTY POOPERS, INC.,
MARLA MASE, 57TH STREET PARTY CORP. d/b/a
SAVE THE DATE, JENNIFER GILBERT, THE MAGIC
AGENCY INC., SHELLEY CARROLL, ERIC SILVEY
d/b/a ERIC SILVEY ENTERTAINMENT,

                                          Defendants.

       Pursuant to FRCP 7.1 and to enable District Judges and Magistrate Judges of the

Court to evaluate the possible disqualification or recusal, the undersigned counsel for

Defendant Eric Silvey d/b/a Eric Silvey Entertainment, (a private non-governmental party)

certifies that Eric Silvey d/b/a Eric Silvey Entertainment has no corporate parents, affiliates

and/or subsidiaries which are publicly held.

                              Respectfully submitted,

Dated: October 18, 2007       ERIC SILVEY d/b/a ERIC SILVEY
                              ENTERTAINMENT
                              by its attorneys

                              GREENFIELD, PUSATERI & RUHL

                    By:

                              Brian J. Greenfield (BG-7186)
                              626 Rexcorp Plaza
                              Uniondale, New York 11556
                              Telephone: (516) 522-2565
                              Facsimile: (516) 522-2566