

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
LYONS PARTNERSHIP, L.P. et al.,

                   Plaintiffs,      07 Civ. 7121 (LLS)

    - against -

                                   ORDER

PARTY ART PRODUCTIONS, INC., et al.   USDC SDNY
                                   DOCUMENT
                                   ELECTRONICALLY FILED
                  Defendants.     DOC #: _____
- - - - - - - - - - - - - - - - - - -X  DATE FILED: 12/17/07

    **WHEREAS**, pursuant to the parties' conference in front of Judge Louis L. Stanton on November 26, 2007, an Order was issued by Judge Stanton as follows:

    1.    Plaintiffs shall provide the following documents and information on or before December 17, 2007:

        a. A list of all individuals involved in the investigation of the defendants in the above-captioned action, including the attorney(s) and other individuals who trained Ms. Horowitz and Ms. Sherman;

        b. All source materials and standards utilized by plaintiffs to determine which individuals and entities are placed on the call lists used by plaintiffs' investigators to contact

        potential defendants, except that plaintiffs may redact from the documents produced, the names of any individuals or entities besides defendants in the above-captioned action;

    c. All documents containing instructions, notes, or comments to plaintiffs' investigators regarding the strategy and manner of conducting telephone interviews with the defendants in the above-captioned action.

2. Plaintiffs shall produce the following individuals for depositions:

    a. Nina Sherman;

    b. Emma Gottlieb;

    c. Ralph Sutton, Esq.;

    d. Serena Horowitz;

    e. Lisa Degernes; and

    f. Mason Weisz, Esq.

3. Plaintiffs shall identify any documents withheld on the basis of privilege on a privilege log, together with the facts establishing privilege. Except for such documents, plaintiffs shall certify to defendants, in writing, that all the emails, documents, and other materials in plaintiffs'

possession relevant to the motion for sanctions or disqualification have been supplied to them, with any exceptions clearly set forth.

So Ordered.

Dated: New York, New York
December 14, 2007

                                               *Louis L. Stanton*
                                               LOUIS L. STANTON
                                                   U. S. D. J.