UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LYONS PARTNERSHIP, L.P. AND HIT
ENTERTAINMENT, INC.,

                            Plaintiffs,

-against-

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS, INC.,
MARLA MASE, 57TH STREET PARTY CORP. D/B/A
SAVE THE DATE, JENNIFER GILBERT, THE MAGIC
AGENCY INC., SHELLEY CARROL, ERIC SILVEY
D/B/A ERIC SILVEY ENTERTAINMENT,

                            Defendants.
------------------------------------------------------------x

07 CIV 7121

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT, Robinson Brog Leinwand Greene Genovese & Gluck PC, with offices at 1345 Avenue of the Americas, New York, New York 10105, Tel: (212) 603-6300, be substituted as attorneys of record for defendants Marla Mase and Party Poopers, Inc., in place and stead of the undersigned attorney(s) as of the date hereof.

This stipulation may be executed in any number of counterparts and when taken together shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
~~December ___, 2007~~
JANUARY 4 2008

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK PC

By: _____
    Gary Adelman
New Attorneys for defendants
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300
Fax: (212) 956-21634

_____
Marla Mase personally and on behalf of Party Poopers, Inc.

BARTON, BARTON & PLOTKIN, LLP

By: _____
    Roger Barton
Former Attorneys for defendants
420 Lexington Avenue, 18th Floor
New York, New York 10170
Tel: (212) 885-8816
Fax: (212) 687-3667

{00361525.DOC;1}