Gary Adelman (GA7138)
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK
1345 Avenue of the Americas, 31st Floor
Tel: 212.603.6300
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYONS PARTNERSHIP, L.P. AND HIT
ENTERTAINMENT, INC.,

                              Plaintiffs,         Civil Action No: 07 CIV 7121
          v.                                       (Judge Stanton)

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,       **NOTICE OF APPEARANCE**
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROL, ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

                             Defendants.
-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned Robinson Brog Leinwand Greene Genovese & Gluck, P.C. has been retained as Counsel for the Defendants and hereby appears in the above-entitled action on their behalf. Please direct all future communications to the undersigned.

Dated: New York, New York
         January 4, 2008

                                        ROBINSON BROG LEINWAND GREENE
                                        GENOVESE & GLUCK, P.C.

                                 By: _____
                                        Gary Adelman (GA7138)
                                        *Attorneys for the Defendants*
                                        1345 Avenue of the Americas, 31st Floor
                                        New York, NY 10105
                                        Tel: 212.603.6300
                                        Fax: 212.956.2164

{00363542.DOC;1}