UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYONS PARTNERSHIP, L.P., et al.<br><br>                Plaintiffs,<br><br>-against-<br><br>PARTY ART PRODUCTIONS, INC., et al.<br><br>                Defendants. | 07 CV 7121 (LLS) (THK) |

## PLAINTIFFS' NOTICE OF MOTIONS FOR RECONSIDERATION OF ORDER PERMITTING DEPOSITIONS OF COUNSEL AND FOR A PROTECTIVE ORDER

**PLEASE TAKE NOTICE THAT** Plaintiffs Lyons Partnership, L.P. and HIT Entertainment, Inc., by their undersigned attorneys Cowan, DeBaets, Abrahams & Sheppard LLP, hereby move before the Honorable Louis L. Stanton, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York on January 25, 2008, for an Order granting reconsideration of the Court's December 17, 2007 Order pursuant to Local Civil Rule 6.3, and a Protective Order pursuant to Federal Rule of Civil Procedure 26.

In support of these motions, Plaintiffs will rely upon Memorandum of Law and the accompanying Declaration of Matthew A. Kaplan and the exhibits attached thereto.

Dated: New York, New York
       January 4, 2008

                                            Respectfully submitted,

                                            COWAN, DeBAETS, ABRAHAMS &
                                            SHEPPARD, LLP

                                            By: _____
                                                Toby M.J. Butterfield
                                                Matthew A. Kaplan
                                                41 Madison Avenue- 34th Floor
                                                New York, New York 10010
                                                Tel: (212) 974-7474
                                                *Attorneys for Plaintiffs*
                                                *Lyons Partnership, L.P., et al.*

TO: Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, New York 11516
Tel: (516) 522-2565
Fax: (516) 522-2566
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, New Jersey 07041
Tel: (973) 921-0080
Fax: (973) 921-0021
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Robinson, Brog, Leinwand, Greene Genovese & Gluck, P.C.
1345 Avenue of the Americas, 31st Floor
New York, New York 10150
Tel: (212) 603-0481
Fax: (212) 956-2164
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, New York 14850
Tel: (607) 257-8000
Fax: (607) 257-0990
*Attorneys for Save the Date Defendants*

## Certificate of Service

I hereby certify that on this 4th day of January 2008 a copy of the foregoing Plaintiffs' Notice of Motions for Reconsideration of Order Permitting Depositions of Counsel and for a Protective Order, Plaintiffs' Memorandum of Law in Support of Motions for Reconsideration of Order Permitting Depositions of Counsel and for a Protective Order and the Declaration of Matthew A. Kaplan, were served via electronic mail and ECF to the following:

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, New York 11516
Brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, New Jersey 07041
Ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Robinson, Brog, Leinwand, Greene Genovese & Gluck, P.C.
1345 Avenue of the Americas, 31st Floor
New York, New York 10150
gpa@robinsonbrog.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, New York 14850
mpinnisi@pinnisiandserson.com
*Attorneys for Save the Date Defendants*

John Bockwoldt