# EXHIBIT 1

**John Bockwoldt**

**From:** Matthew Kaplan [mkaplan@cdas.com]
**Sent:** Friday, September 07, 2007 3:03 PM
**To:** 'Mark Ingber'
**Subject:** RE: Lyons, et al v. Party Art Prods. et al

CONFIDENTIAL SETTLEMENT COMMUNICATION
PRIVILEGED PURSUANT TO FRE 408

Dear Mark:

As we discussed, attached is a stipulation extending your clients' time to answer or respond to the complaint by 30 days.

I also enclose, on a confidential basis, the e-mail that your client Roberta Herman sent to our investigator in which she offered to provide our investigator with children's entertainment services using a counterfeit "Bob the Builder" costume and included a picture of the infringing costume.

Please call me if you have any questions.

Regards,
Matt

Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com | www.cdas.com

---

**From:** Mark Ingber [mailto:ingber.law@verizon.net]
**Sent:** Friday, September 07, 2007 9:57 AM
**To:** mkaplan@cdas.com
**Subject:** Lyons, et al v. Party Art Prods. et al

Hi Matt, just following up on our conversation yesterday. I'm waiting to receive the Stipulation and August 2005 emails and correspondence. Please advise asap.

Regards,

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
www.ingberiplawyer.com

181 Millburn Avenue, Suite 202
Millburn, New Jersey  07041
(973) 921-0080
ingber.law@verizon.net

THE INFORMATION CONTAINED IN THIS TRANSMISSION
IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE
IS NOT THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT
ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE
RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY
US IMMEDIATELY BY TELEPHONE SO THAT WE CAN
ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS
TO US AT NO COST TO YOU.

12/21/2007