# EXHIBIT 2

**Matthew Kaplan**

| | |
|---|---|
| **From:** | Matthew Kaplan [mkaplan@cdas.com] |
| **Sent:** | Wednesday, October 17, 2007 8:17 PM |
| **To:** | 'Mark Ingber' |
| **Subject:** | Lyons v. Magic Agency - Materials and Availability for Rule 26 conference |
| **Attachments:** | Magic Agency email and sting forms.pdf |

CONFIDENTIAL SETTLEMENT COMMUNICATION
PRIVILEGED PURSUANT TO FRE 408

Dear Mark:

Following on our prior discussion, attached is the e-mail between our investigator and your client and the sting forms.

In anticipation of the November 9, 2007 Initial Conference, please let me know of your availability over the next few days for a Rule 26 conference to discuss discovery issues.

Regards,
Matt

Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com | www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***

1