# EXHIBIT 5

# COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP

### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DeBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN□
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
□ALSO ADMITTED IN NJ
*ALSO ADMITTED IN AR & DC

November 7, 2007

**<u>BY HAND DELIVERY</u>**
Honorable Louis L. Stanton, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

      Re:     Lyons Partnership, L.P., et al. v. Party Art Productions, Inc., et al.
            <u>Docket No. 07-7121 (LLS)</u>

Dear Judge Stanton:

        We represent plaintiffs in the above case, and we write in response to Mark Ingber's November 6, 2007 letter, in which he encloses a 100+ page "courtesy copy" of his requested motion for Rule 11 sanctions and for disqualification of this firm.

        Initially, we received a facsimile copy of Mr. Ingber's letter to the Court this afternoon, notwithstanding the direction in Your Honor's Individual Rules stating that all counsel must be simultaneously served with any correspondence to the Court. While Mr. Ingber's letter states he sent a copy via e-mail, no such e-mail was received.

        Further, as Mr. Ingber acknowledges that the 21-day safe-harbor period under Rule 11 has not yet expired, we query whether by providing the Court with a copy of his motion, Mr. Ingber has violated Rule 11's plain statement that a Rule 11 motion "shall not be filed with **<u>or presented to the court</u>**, unless, within 21 days after service of the motion …, the challenged paper … it not withdrawn or appropriately corrected."

        As the Court intends to address Mr. Ingber's intended, but we believe misguided, motion at the conference on Friday, we are fully prepared to address the issue at that time.

              Respectfully submitted,

              Matthew A. Kaplan

41 MADISON AVENUE · 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A060822.DOC\1}

Cowan, DeBaets, Abrahams & Sheppard LLP

Honorable Louis L. Stanton, U.S.D.J.
November 7, 2007
Page 2


cc:    Gary Adelman, Esq.  (via e-mail)
       Brian Greenfield, Esq. (via e-mail)
       Mark Ingber, Esq.(via e-mail)
       Michael Pinissi, Esq.(via e-mail)
       Matthew A. Kaplan, Esq.