# EXHIBIT 7

**Matthew Kaplan**

| | |
|---|---|
| **From:** | Michael D. Pinnisi [mpinnisi@pinnisianderson.com] |
| **Sent:** | Monday, November 12, 2007 8:20 PM |
| **To:** | 'Matthew Kaplan'; 'Mark Ingber'; Gary@bartonesq.com; brian.greenfield@gprlaw.com |
| **Cc:** | 'Toby Butterfield' |
| **Subject:** | RE: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel |

The Court did not order confidential treatment of this information, and the Save the Date Defendants decline your request for voluntary execution of your proposed confidentiality agreement.

Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850
Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com

This message and any attachments are intended only for the specific addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful. Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for your cooperation.

---

**From:** Matthew Kaplan [mailto:mkaplan@cdas.com]
**Sent:** Monday, November 12, 2007 5:39 PM
**To:** 'Mark Ingber'; 'Michael D. Pinnisi'; Gary@bartonesq.com; brian.greenfield@gprlaw.com
**Cc:** 'Toby Butterfield'
**Subject:** Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel

Please see the attached.


Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com | www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***

# Matthew Kaplan

| | |
|---|---|
| **From:** | Mark Ingber [ingber.law@verizon.net] |
| **Sent:** | Tuesday, November 13, 2007 8:59 AM |
| **To:** | Michael D. Pinnisi; 'Matthew Kaplan'; Gary@bartonesq.com; brian.greenfield@gprlaw.com |
| **Subject:** | Re: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel |

Matt, the Party Art and Magic Agency Defendants likewise will not execute any confidentiality agreement, as the Court did not order confidential treatment of this information.

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
www.ingberiplawyer.com

181 Millburn Avenue, Suite 202
Millburn, New Jersey 07041
(973) 921-0080
ingber.law@verizon.net

THE INFORMATION CONTAINED IN THIS TRANSMISSION
IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE
IS NOT THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT
ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY
US IMMEDIATELY BY TELEPHONE SO THAT WE CAN
ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS
TO US AT NO COST TO YOU.

----- Original Message -----
**From:** Michael D. Pinnisi
**To:** 'Matthew Kaplan' ; 'Mark Ingber' ; Gary@bartonesq.com ; brian.greenfield@gprlaw.com
**Cc:** 'Toby Butterfield'
**Sent:** Monday, November 12, 2007 8:19 PM
**Subject:** RE: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel

The Court did not order confidential treatment of this information, and the Save the Date Defendants decline your request for voluntary execution of your proposed confidentiality agreement.

Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850
Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com

This message and any attachments are intended only for the specific addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful. Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for your cooperation.

4

**From:** Matthew Kaplan [mailto:mkaplan@cdas.com]
**Sent:** Monday, November 12, 2007 5:39 PM
**To:** 'Mark Ingber'; 'Michael D. Pinnisi'; Gary@bartonesq.com; brian.greenfield@gprlaw.com
**Cc:** 'Toby Butterfield'
**Subject:** Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel

Please see the attached.


Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com | www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***

## Matthew Kaplan

| | |
|---|---|
| **From:** | Gary Adelman [gary@bartonesq.com] |
| **Sent:** | Tuesday, November 13, 2007 9:16 AM |
| **To:** | ingber.law@verizon.net; mpinnisi@pinnisianderson.com; mkaplan@cdas.com; brian.greenfield@gprlaw.com |
| **Subject:** | Re: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel |

Counsel for Party Poopers et al. join as well.

Gary Adelman
Barton Barton & Plotkin, LLP
420 Lexington Avenue
Suite 1830
New York, N.Y. 10170

www.ipmegroup.com

www.bartonesq.com


-----Original Message-----
From: Mark Ingber <ingber.law@verizon.net>
To: Michael D. Pinnisi <mpinnisi@pinnisianderson.com>; 'Matthew Kaplan' <mkaplan@cdas.com>; Gary Adelman; brian.greenfield@gprlaw.com <brian.greenfield@gprlaw.com>
Sent: Tue Nov 13 08:59:08 2007
Subject: Re: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel

Matt, the Party Art and Magic Agency Defendants likewise will not execute any confidentiality agreement, as the Court did not order confidential treatment of this information.

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
www.ingberiplawyer.com

181 Millburn Avenue, Suite 202
Millburn, New Jersey 07041
(973) 921-0080
ingber.law@verizon.net

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.


----- Original Message -----

1

From: Michael D. Pinnisi <mailto:mpinnisi@pinnisianderson.com>
To: 'Matthew Kaplan' <mailto:mkaplan@cdas.com> ; 'Mark Ingber' <mailto:ingber.law@verizon.net> ; Gary@bartonesq.com ; brian.greenfield@gprlaw.com
Cc: 'Toby Butterfield' <mailto:tbutterfield@cdas.com>
Sent: Monday, November 12, 2007 8:19 PM
Subject: RE: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel


The Court did not order confidential treatment of this information, and the Save the Date Defendants decline your request for voluntary execution of your proposed confidentiality agreement.


Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850

Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com


This message and any attachments are intended only for the specific addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful. Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for your cooperation.

---

From: Matthew Kaplan [mailto:mkaplan@cdas.com]
Sent: Monday, November 12, 2007 5:39 PM
To: 'Mark Ingber'; 'Michael D. Pinnisi'; Gary@bartonesq.com; brian.greenfield@gprlaw.com
Cc: 'Toby Butterfield'
Subject: Lyons Partnership, L.P. et al. v. Party Art Productions, Inc. et al. - Letter to Counsel


Please see the attached.


Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010

2

T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com <mailto:mkaplan@cdas.com>  |  www.cdas.com <http://www.cdas.com/>

\*\*\* This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. \*\*\*