# EXHIBIT 8

Case 1:07-cv-07121-LLS   Document 40-10   Filed 01/04/2008   Page 1 of 4

## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF
———
ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN□
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

November 13, 2007

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
□ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

**VIA HAND DELIVERY**

Hon. Louis L. Stanton, U.S.D.J.
United Stated District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2250
New York, New York 10007

    Re:    **Lyons Partnership, L.P., et al. v. Party Art Productions, Inc., et al.
Docket No. 07-7121 (LLS)**

Dear Judge Stanton:

    We represent plaintiffs in the above-captioned matter. Pursuant to S.D.N.Y. Local Civil R. 37.2, we write to request an informal conference to address a discovery issue regarding the entry of a Confidentiality and Protective Order. Alternatively, we request that the Court enter the enclosed Confidentiality and Protective Order.

    As directed by the Court at the November 9, 2007 Initial Conference, Plaintiffs will identify their investigators to defendants' counsel today and are making plans to schedule the depositions. Plaintiffs further will produce investigation documents to defendants. However, plaintiffs' investigation materials, including the investigation notes, constitute highly confidential and commercially sensitive materials that demonstrate how plaintiffs investigate infringement of their intellectual property by third parties. Release of such information into the public domain would impair and damage plaintiffs' ability to protect their rights and investigate infringements.

    We asked defendants to stipulate to the entry of a confidentiality and protective order in standard form, but they refuse to do so, to negotiate the issue or to propose alternate terms as seen in the attached e-mails from Mr. Pinnisi, Mr. Ingber and Mr. Adelman.[1]

---

[1] Mr. Greenfield has not yet responded to the request.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A060866.DOC\1}

COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP

Hon. Louis L. Stanton, U.S.D.J.
November 13, 2007
Page 2

Defendants' refusal to comply is needlessly increasing the costs of litigation and could potentially delay the schedule set forth by Your Honor. Moreover, defendants' refusal is puzzling, as the proposed Confidentiality and Protective Order would protect not only plaintiffs' confidential materials, but also materials in defendants' possession, such as the business records, financial documents and tax returns that plaintiffs will be seeking from defendants once we have provided our investigators for deposition as required by the Court.

We would like to produce our documents quickly, but without prejudicing our clients' ability to conduct investigations of others who infringe upon their protected characters. We therefore request entry of the proposed Confidentiality and Protective Order.

                                                             Respectfully submitted,

                                                             Matthew A. Kaplan

MAK/ms
Enclosures

cc:     Counsel on Attached Service List (w/ encls.)(via e-mail)
        Toby M.J. Butterfield, Esq.

{A060866.DOC\1}

Hon. Louis L. Stanton, U.S.D.J.
November 13, 2007
Page 3

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A060866.DOC\1}