# EXHIBIT 9

## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.†
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN▫
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

November 13, 2007

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
▫ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

**VIA ELECTRONIC MAIL**

Counsel on the Attached Service List

> Re:  Lyons Partnership, L.P., *et al.* v. Party Art Productions, Inc., *et al.*
> **Docket No. 07-7121 (LLS)**

Dear Counsel:

Pursuant to the Court's direction at the October 9, 2007 Initial Conference, Plaintiffs identify the following individuals as plaintiffs' investigators:

| | |
|---|---|
| Nina Sherman<br>62 Senior Street<br>New Brunswick, NJ 08901 | *Investigator of the Party Art Defendants, the Party Poopers Defendants and the Save the Date Defendants* |
| Sarena Horowitz<br>215 West 84th Street, Apt. 204<br>New York, NY 10024 | *Investigator of The Magic Agency Defendants and Eric Silvey* |

In order to confirm dates for the depositions, please advise me no later than the close of business tomorrow (Wednesday, November 14, 2007) whether there are any dates when counsel have conflicts that cannot be rescheduled. If I do not hear from you by then, I will presume that all dates are acceptable.

Please note that Ms. Horowitz works for the Kings County District Attorneys' Office and will need to be subpoenaed to be deposed. I am working out the arrangements with her.

Very truly yours,

Matthew A. Kaplan

MAK/ms
cc: Toby M.J. Butterfield, Esq.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A060867.DOC\1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Counsel on Service List
November 13, 2007
Page 2

### SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A060867.DOC\1}