# EXHIBIT 11

## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.†
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

November 14, 2007

**VIA HAND DELIVERY**
Hon. Louis L. Stanton, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2250
New York, New York 10007

    Re:    **Lyons Partnership, L.P., et al. v. Party Art Productions, Inc., et al.
Docket No. 07-7121 (LLS)**

Dear Judge Stanton:

    We represent plaintiffs in the above-captioned action, and are in receipt of Mr. Pinnisi's November 13, 2007 letter opposing plaintiffs' request that the Court enter the proposed Confidentiality and Protective Order (the "Order").

    Putting aside Mr. Pinnisi's rhetoric, while Mr. Pinnisi rejected plaintiffs' prior attempt to enter into a stipulated confidentiality agreement and protective order, he now states that his clients do "not oppose confidential treatment of a more narrow, genuinely confidential class of information of the Plaintiffs." However, Mr. Pinnisi requests that the Court reject plaintiffs' proposed Order based upon the notion that he alone (and not the Court) has the authority to determine what of plaintiffs' materials and information are confidential before he sees them. It is not appropriate for defendants to dispute plaintiffs' designations preemptively.

    Plaintiffs provided the Court (and defendants) with a standard Confidentiality and Protective Order, which it appears Mr. Pinissi did not read. The proposed Order is not a blanket confidentiality order; instead, it provides a mechanism by which a receiving party can dispute how the producing party designates its documents. If a receiving party disputes a certain designation that the parties cannot resolve, it can bring the issue before the Court.

    Plaintiffs are prepared to provide defendants with their document production pursuant to the Court's direction and are closing in on mutually agreeable deposition dates. However, Plaintiffs will not produce such documents (nor can they present their investigators for deposition) unless a confidentiality and protective order is in place under which plaintiffs can protect documents and information that plaintiffs believe in good faith are confidential.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A060874.DOC\1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Hon. Louis L. Stanton, U.S.D.J.
November 14, 2007
Page 2

        We thank the Court for its consideration.

                              Respectfully submitted,

                              Matthew A. Kaplan

cc:    Counsel on Attached Service List (w/ encls.)(via e-mail)
        Toby M.J. Butterfield, Esq.

{A060874.DOC\1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Hon. Louis L. Stanton, U.S.D.J.
November 14, 2007
Page 3

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A060874.DOC\1}