# EXHIBIT 12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LYONS PARTNERSHIP, L.P. AND HIT
ENTERTAINMENT, INC.
                          Plaintiffs,    :

         -against-                       :   07 Civ. 7121 (LLS)
                                         :
PARTY ART PRODUCTIONS INC., ROBERTA HERMAN,      ORDER
PHILIP HERMAN, PARTY POOPERS, INC., MARLA :
MASE, 57TH STREET PARTY CORP. D/B/A SAVE
THE DATE, JENNIFER GILBERT, THE MAGIX    :
AGENCY INC., SHELLEY CARROLL, ERIC SILVEY
D/B/A ERIC SILVEY ENTERTAINMENT          :

                          Defendants.    :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

Plaintiffs having, by letter to the court dated November 13, 2007, sought an order protecting certain allegedly confidential matters, and the defendants having responded by letter dated November 13, 2007, and it appearing that prompt regulation of the situation is required, it is ORDERED THAT, pending further order of the court:

1. No party shall use or disclose for any purpose except this case any matters that another party has designated as confidential;

2. Any party may challenge any such designation by written application to the court. The other party will have two business days within which to reply; and

3. The burden shall be on the party asserting confidentiality to establish the need for protection.

So ordered.

DATED: New York, New York
       November 14, 2007

                                        */s/ Louis L. Stanton*
                                        LOUIS L. STANTON
                                          U. S. D. J.