# EXHIBIT 13

# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.+
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

November 15, 2007

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
+ALSO ADMITTED IN AR & DC

**VIA ELECTRONIC MAIL**

Counsel on the Attached Service List

    Re:    **Lyons Partnership, L.P., *et al.* v. Party Art Productions, Inc., *et al.*
               Docket No. 07-7121 (LLS)**

Dear Counsel:

    Pursuant to the Court's direction at the October 9, 2007 Initial Conference, enclosed are documents bates numbered Lyons/Party Art P0001 through Lyons/Party Art P0047, relating to Plaintiffs' investigations of defendants herein.

    Please note that some of the documents have been marked "CONFIDENTIAL" pursuant to Judge Stanton's November 14, 2007 Order.

                                        Very truly yours,

                                        Matthew A. Kaplan

MAK/ms
Enclosures
cc:    Hon. Louis L. Stanton, U.S.D.J. (via regular mail) (w/o encl.)
        Toby M.J. Butterfield, Esq.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474   FAX: (212) 974-8474   WEB: www.cdas.com   E-MAIL: cdas@cdas.com

{A060881.DOC\1}

Cowan, DeBaets, Abrahams & Sheppard LLP

Counsel on Service List
November 15, 2007
Page 2

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A060881.DOC\1}