# EXHIBIT 15

# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT L FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN□
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
□ALSO ADMITTED IN NJ
*ALSO ADMITTED IN AR & DC

November 19, 2007

**VIA ELECTRONIC MAIL**

Counsel on the Attached Service List

> **Re:**    **Lyons Partnership, L.P.,** *et al.* **v. Party Art Productions, Inc.,** *et al.*
> **Docket No. 07-7121 (LLS)**

Dear Counsel:

Please accept this letter as Plaintiffs' response to Mr. Pinnisi and Mr. Ingber's e-mails of Friday, November 16, 2007 in which they allege deficiencies in Plaintiffs' November 15, 2007 document production.

Pursuant to Judge Stanton's direction at the October 9, 2007 Initial Conference, Plaintiffs produced their investigation files for each of the defendants. We are unaware of any written instructions or scripts that were provided to the investigators prior to their investigation of your clients.

Accordingly, Plaintiffs deny that there are deficiencies in their document production.[1]

Very truly yours,

Matthew A. Kaplan

MAK/ms
cc:    Toby M.J. Butterfield, Esq.

---

[1] Specifically, we note Mr. Pinnisi's objection to an alleged failure to produce notes of the initial contact between our investigator and Mr. Pinnisi's clients. To the contrary, the notes produced regarding Ms. Sherman's August 2, 2005 contact with his clients do not indicate that his clients "denied offering any costumes" – a fact that is supported by the rest of the correspondence produced. There is no evidence of spoliation of evidence, and Plaintiffs would appreciate Mr. Pinnisi withdrawing his accusation.

41 MADISON AVENUE · 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A060911.DOC\1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Counsel on Service List
November 19, 2007
Page 2

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*