# EXHIBIT 16

## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.+
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

November 19, 2007

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
+ALSO ADMITTED IN AR & DC

**VIA ELECTRONIC MAIL**

Counsel on the Attached Service List

    Re:    **Lyons Partnership, L.P.,** *et al.* **v. Party Art Productions, Inc.,** *et al.*
            **Docket No. 07-7121 (LLS)**

Dear Counsel:

      Pursuant to the Court's direction at the October 9, 2007 Initial Conference, I write to confirm that plaintiffs will be producing their investigators for deposition at the offices of plaintiffs' counsel (41 Madison Avenue, 34th Floor, New York, New York 10010) as follows:

      Serena Horowitz – Tuesday, November 27, 2007 at 10:00 a.m.

      Nina Sherman – Wednesday, November 28, 2007 at 10:00 a.m.

      Please note that Ms. Sherman is a student at Rutgers University in New Brunswick, New Jersey. She has advised me that will have to leave at 3:00 p.m. to catch a train back to New Brunswick in time to attend class.

      Please advise which defendant will be arranging for the court reporter.

                                Very truly yours,

                                Matthew A. Kaplan

MAK/ms
cc:    Hon. Louis L. Stanton, U.S.D.J. (via regular mail)
       Toby M.J. Butterfield, Esq.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A060910.DOC\1}

Counsel on Service List
November 19, 2007
Page 2

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A060910.DOC\1}