# EXHIBIT 18

## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.†
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON\*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN□
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

November 21, 2007

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

\*ALSO ADMITTED IN CA & DC
□ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

**VIA ELECTRONIC MAIL**

Counsel on the Attached Service List

  Re: **Lyons Partnership, L.P.,** *et al.* **v. Party Art Productions, Inc.,** *et al.*
    **Docket No. 07-7121 (LLS)**

Dear Counsel:

  We are in receipt of Mr. Pinnisi's November 20, 2007 letter to Judge Stanton requesting an extension of the period within which the depositions of Plaintiffs' investigators must take place and citing deficiencies in Plaintiffs' document production. I understand that Mr. Pinnisi did not obtain the other defendants' counsel's consent for his letter, nor have any other defendants' counsel substantively responded to the issues raised in his letter.

  When our office called Judge Stanton's Chambers this afternoon regarding submitting a response, we were advised that if the parties were unable to resolve the issues raised in Mr. Pinnisi's November 20, 2007 letter, all parties are to appear for an **in person** conference before Judge Stanton this coming **Monday, November 26, 2007 at 4:00 p.m.**

  Following that call, Mr. Pinnisi and I discussed the issues raised in his letter and came to a resolution on the following points:

1) Depositions - As Assistant District Attorney Horowitz advised me last night that she has a multi-day trial scheduled for Monday, November 26, 2007 and cannot appear for deposition on that date, we agreed to extend the time to produce plaintiffs' investigators into mid-December. Plaintiffs will work with Defendants' counsel to find a mutually agreeable date on which we will attempt to produce both investigators for deposition on the same day.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474 FAX: (212) 974-8474 WEB: www.cdas.com E-MAIL: cdas@cdas.com

{A060921.DOC\1}

Cowan, DeBaets, Abrahams & Sheppard LLP

Counsel on Service List
November 21, 2007
Page 2

2)  Document Production – I advised Mr. Pinnisi that Plaintiffs produced all documents of which we are aware from Ms. Sherman's investigation of his clients after a reasonable inquiry.

3)  Instructions – I confirmed to Mr. Pinnisi that the instructions given to the investigators were almost exclusively oral; however, I learned during witness preparation that the investigators saw a document with further instructions for the telephone investigations. I am producing that document, marked CONFIDENTIAL and Bates numbered Lyons/Party Art P0048 through P0055, herewith.

The remaining outstanding issue to be resolved from Mr. Pinnisi's letter is that he wants Plaintiffs to produce documents describing their investigation program other than the directions to the investigators, and if Plaintiffs assert such documents are privileged, Mr. Pinnisi wants a privilege log. Plaintiffs believe that the documents requested are outside of the documents that Judge Stanton directed Plaintiffs to produce at the November 9, 2007 Initial Conference, are privileged under the attorney/client privilege and/or attorney work product doctrine, and are totally irrelevant to this litigation. Accordingly, Plaintiffs' do not believe Defendants are entitled to such documents and see no need to produce a privilege log.

I advised Judge Stanton's Chambers of the discussion between Mr. Pinnisi and I and that most of the issues have been resolved with the exception of the issue described above. Judge Stanton's law clerk responded that the judge will keep the conference on the calendar for Monday afternoon unless we notify Chambers that the final issue has been resolved.

Mr. Pinnisi and I will discuss the issue further either on Friday or Monday morning.

Very truly yours,

Matthew A. Kaplan

MAK/ms
Enclosures
cc: Toby M.J. Butterfield, Esq.

{A060921.DOC\1}

Cowan, DeBaets, Abrahams & Sheppard LLP

Counsel on Service List
November 21, 2007
Page 3

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Barton, Barton & Plotkin, LLP
420 Lexington Ave
New York, NY 10170
212-687-6262 (telephone)
212-687-3667 (facsimile)
E-mail: Gary@bartonesq.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A060921.DOC\1}