# EXHIBIT 22

# Matthew Kaplan

| | |
|---|---|
| **From:** | Michael D. Pinnisi [mpinnisi@pinnisianderson.com] |
| **Sent:** | Saturday, December 01, 2007 5:18 PM |
| **To:** | 'Matthew Kaplan' |
| **Cc:** | 'Toby Butterfield'; Gary@bartonesq.com; 'Mark Ingber'; 'Brian Greenfield' |
| **Subject:** | RE: Lyons/Party Art - Draft Order |

I will discuss and reserve deposition dates after we have a discovery order from the Court and reasonable assurance that Plaintiffs will fully comply in a timely manner. At present we do not have the former, and past history teaches to suspect the latter. Premature reservation of dates would be an expense and inconvenience and waste of time.

Once your documents have been provided, my firm will proceed as soon as counsel are available. Given Ms. Sherman's known conduct, her vacation plans are irrelevant to me. If we can proceed with her deposition before January 13, she'll have to change her plans. If you can't arrange that, you'll have to explain your inability to produce your witness to the judge.

Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850
Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com

This message and any attachments are intended only for the specific addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful. Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for your cooperation.

---

**From:** Matthew Kaplan [mailto:mkaplan@cdas.com]
**Sent:** Thursday, November 29, 2007 5:30 PM
**To:** Gary@bartonesq.com; 'Mark Ingber'; 'Michael D. Pinnisi'; 'Brian Greenfield'
**Cc:** 'Toby Butterfield'
**Subject:** Lyons/Party Art - Draft Order

Dear Mr. Adelman:

During the conference on Monday afternoon, I believe you stated that you would prepare and circulate the draft order based upon Judge Stanton's decisions. As it is now Thursday afternoon, when can we expect to see the draft order?

Also, if all counsel would please provide me with available dates in December and early January for witness depositions. So you are all aware, Ms. Sherman is going to unavailable starting December 26th through January 13th as she will be out of the country during her winter break.

Regards,
Matthew

Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor  |  New York, NY 10010

1

T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com | www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***

2