# EXHIBIT 23

## Matthew Kaplan

| | |
|---|---|
| **From:** | Darya Dominova [darya@bartonesq.com] |
| **Sent:** | Monday, December 03, 2007 6:26 PM |
| **To:** | mkaplan@cdas.com |
| **Cc:** | brian.greenfield@gprlaw.com; ingber.law@verizon.net; mpinnisi@pinnisianderson.com; Gary Adelman |
| **Subject:** | Lyons Partnership et al. v. Party Art (07-Civ-7121) |
| **Attachments:** | 11-26-07 Orderof Judge Stanton_DD_v2.doc |

Dear Mr. Kaplan:

Please see attached, the defendants' proposed stipulation regarding the parties' November 26, 2007 conference with Judge Stanton. Please review it and contact Mr. Adelman with any comments you may have as soon as timely possible so that we may submit the order to the Judge.

I thank you in advance for your cooperation.

Best regards,

Darya Dominova
Barton, Barton & Plotkin, LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170
Web: www.bartonesq.com/ipme.html
E-mail: ddominova@bartonesq.com
Tel: 212.885.8858
Fax: 212.687.3667

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LYONS PARTNERSHIP, L.P., et al.

No. 07 Civ. 7121 (LLS)

               Plaintiffs,

    -against-

**ORDER**

PARTY ART PRODUCTIONS, INC. et al.

ELECTRONIC CASE

              Defendants.
-------------------------------------------------------------X

**WHEREAS,** pursuant to the parties' conference in front of Judge Louis L. Stanton on November 26, 2007, an Order was issued by Judge Stanton as follows:

1.    Plaintiffs shall provide the following documents and information on or before December 17, 2007:

    a.  A list of all individuals involved in the investigation program, including but not limited to those individuals directly involved in the investigation of the Defendants and/or communications with the Defendants, and/or all individuals who have trained the investigators, including but not limited to any attorneys and or investigators;

    b.  All source materials and/or standards utilized by Plaintiffs to determine which individuals and/or entities are placed on the call lists used by Plaintiffs' investigators to contact potential defendants;

    c.  All documents containing instructions, notes, and/or comments to Plaintiffs' investigators regarding the strategy and manner of conducting telephone interviews with the Defendants; and

2.    Plaintiffs shall produce the following individuals for depositions:

    a.  Nina Sherman;

    b.  Emma Gottlieb;

    c.  Ralph Sutton;

    d.  Lisa Degernes; and

    e.  Serena Horowitz; and

    3.     Plaintiffs shall produce the privileged document log and shall deliver all documents as to which they have doubts whether they are privileged for an in camera review by the Court.

Dated:  New York, NY                BARTON, BATON & PLOTKIN, LLP
        December ___, 2007

                           By: _____
                               Gary Adelman, Esq.
                               *Attorneys for Defendants Party Poopers,*
                               *Inc. and Marla Mase*
                               420 Lexington Ave., Suite 1830
                               New York, NY 10170
                               E-mail: gary@bartonesq.com

Dated: New York, NY                COWAN, DEBAETS, ABRAHAMS &
        December ___, 2007          SHEPPARD, LLP

                           By: _____
                               Matthew A. Kaplan, Esq.
                               *Attorneys for the Plaintiffs*
                               41 Madison Ave., 34th Floor
                               New York, NY 10010
                               E-mail: mkaplan@cdas.com

2

Dated: New York, NY
    December ___, 2007

GREENFIELD, PUSATERI & RUHL


By: _____

    Brian Greenfield, Esq.
    *Attorneys for Defendant Eric Silvey d/b/a*
    *Eric Silvey Entertainment*
    626 Rexcorp Plaza
    Uniondale, NY 11516
    E-mail: brian.greenfield@gprlaw.com


Dated: New York, NY
    December___, 2007

INGBER & GELBER, LLP


By: _____

    Mark J. Ingber, Esq.
    *Attorneys for Party Art and Madic Agency*
    181 Millburn Ave.
    Milburn, NJ 07041
    E-mail: ingber.law@verizon.net


Dated: New York, NY
    December ___, 2007

PINNISI & ANDERSON, LLP


By: _____

    Michael Pannisi, Esq.
    *Attorneys for Save the Date*
    11 North Tioga, Suite 200
    Ithaca, NY 14850
    E-mail: mpinnisi@pinnisianderson.com


SO ORDERED:


_____      _____
      Date                   Hon. Louis L. Stanton, U.S.D.J.

3