UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS PARTNERSHIP, L.P. AND HIT ENTERTAINMENT, INC.,
        Plaintiffs,

- v -

PARTY ART PRODUCTIONS INC., ROBERTA HERMAN, PHILIP HERMAN, PARTY POOPERS, INC., MARLA MASE, 57TH STREET PARTY CORP. d/b/a
SAVE THE DATE, JENNIFER GILBERT, THE MAGIC
AGENCY INC., SHELLEY CARROLL, ERIC SILVEY d/b/a ERIC SILVEY ENTERTAINMENT,
        Defendants.

**DEFENDANT ERIC SILVEY D/B/A ERIC SILVEY ENTERTAINMENT'S INITIAL DISCLOSURES PURSUANT TO RULE F.R.C.P. 26 (a)(1)**

ECF CASE 07-CIV-7121

(JUDGE STANTON)

Eric Silvey d/b/a Eric Silvey Entertainment ("Silvey"), referenced herein as "Defendant" by his attorneys, Law Offices Of Greenfield, Pusateri & Ruhl, hereby pursuant to F.R.C.P. 26 (a)(1), provides the following initial disclosures.

(A) Names and Addresses of Individuals Likely to Have Discoverable Information:

Persons likely to have discoverable information relevant to Plaintiffs' claims and Defendant's defenses include:

(a)    Defendant

(b)    Plaintiffs' counsel, by their present and/or former employees

(c)    Plaintiffs by their present and/or former employees and/or officers

(d)    Codefendants

(d)    Other witnesses identified in the course of discovery in this proceeding

(B) Documents and Tangible Things:

(a) All documents provided by Plaintiffs

(b) Other documents to be identified in the course of discovery in this proceeding

(C) Computation of Damages:

Subject to further review, Defendant is seeking its costs of suit and reasonable attorney fees.

(D) The Defendant was insured with Penn Star Insurance Company under Policy Number PAC 628 8208 -1 with Policy Limits of $1,000,000. Penn Star is defending the Defendant under a reservation of rights.

Defendant hereby reserves any and all rights to introduce or disclose in discovery or at trial evidence and witnesses not identified above as additional information becomes available

                        Respectfully submitted,

Dated: January 8, 2008        ERIC SILVEY d/b/a ERIC SILVEY
                                    ENTERTAINMENT      by
                                      his attorneys
                                      GREENFIELD, PUSATERI & RUHL

                    By: _____
                         Brian J. Greenfield (BG-7186)
                         626 Rexcorp Plaza
                         Uniondale, New York 11556
                         Telephone: (516) 522-2565
                         Facsimile: (516) 522-2566