## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1948-2001)
HOWARD ABRAHAMS (1945-1996)

January 22, 2008

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
+ALSO ADMITTED IN AR

**VIA HAND DELIVERY**
Hon. Louis L. Stanton, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 2250
New York, New York 10007

Re: **Lyons Partnership, L.P., et al. v. Party Art Prods., Inc., et al.**
Docket No. 07-7121

Dear Judge Stanton:

Plaintiffs write to request a brief adjournment of oral argument on plaintiffs' motions for reconsideration and for a protective order, scheduled for the morning of Tuesday, January 29, 2008. Plaintiffs' request is based upon: 1) some defendants have yet to serve their oppositions; 2) each defendant appears to be filing a separate opposition; and 3) the Court should have plaintiffs' reply papers prior to oral argument. This is the first request for an adjournment.

Plaintiffs filed and served their motion via ECF on Friday, January 4, 2008, making defendants' oppositions due Friday, January 18 pursuant to the Federal and Local Rules. See L. Civ. R. 6.1(b) (oppositions due within ten (10) business days after service of moving papers).[1] The Save the Date, Party Art Productions, and Magic Agency Defendants assert their oppositions are due today. Even if oppositions filed today are timely, for plaintiffs to submit their reply papers prior to oral argument, they would only have four (4) business days to reply to four different oppositions instead of the five (5) business days permitted under Local Rule 6.1(b). Plaintiffs want the time permitted under the rules to prepare their reply papers, and ensure the Court has enough time to review those papers prior to oral argument.

We sought our adversaries' consent prior to making this request. While two of the four counsel stated they would not oppose our request, Mr. Pinnisi refuses to adjourn the hearing (see enclosed), even though he failed to attend the prior two conferences and it is not known whether he will even attend the oral argument. Counsel for Eric Silvey did not respond.

[Handwritten annotation: "This application for an adjournment is denied. The Court expects that Mr Pinnisi will attend the January 29 argument. Louis L. Stanton 1/23/08"]

---

[1] Moreover, if the motions are considered discovery motions, all of defendants' oppositions would be hopelessly late. See Local Civ. R. 6.1(a) (oppositions to discovery motions due four (4) business days after service).

41 MADISON AVENUE · 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474   FAX: (212) 974-8474   WEB: www.cdas.com   E-MAIL: cdas@cdas.com

{A061236.DOC-1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Hon. Louis L. Stanton, U.S.D.J.
January 22, 2008
Page 2

        We thank the Court for its consideration.

                          Respectfully submitted,

                          Matthew A. Kaplan

Enclosure

cc:    Counsel on Attached Service List (via e-mail) (w/encl.)
       Toby M.J. Butterfield, Esq.

{A061236.DOC;1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Hon. Louis L. Stanton, U.S.D.J.
January 22, 2008
Page 3

## SERVICE LIST

Brian J. Greenfield, Esq.
Greenfield, Pusateri & Ruhl
626 Rexcorp Plaza
Uniondale, NY 11516
516-522-2565 (telephone)
516-522-2566 (facsimile)
E-mail: brian.greenfield@gprlaw.com
*Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment*

Mark J. Ingber, Esq.
Ingber & Gelber, LLP
181 Millburn Ave
Millburn, NJ 07041
973-921-0080 (telephone)
973-921-0021 (facsimile)
E-mail: ingber.law@verizon.net
*Attorneys for Party Art Defendants and Magic Agency Defendants*

Gary Adelman, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck, P.C.
1345 Avenue of the Americas, 31st Floor
New York, New York 10150
gpa@robinsonbrog.com
212-603-0481 (telephone)
212-956-2164 (facsimile)
E-mail: gpa@robinsonbrog.com
*Attorneys for Defendants Party Poopers, Inc. and Marla Mase*

Michael D. Pinnisi, Esq.
Pinnisi & Anderson, LLP
11 North Tioga Street, Suite 200
Ithaca, NY 14850
607-257-8000 (telephone)
607-257-0990 (facsimile)
E-mail: mpinnisi@pinnisianderson.com
*Attorneys for Save the Date Defendants*

{A061236.DOC/1}

# Matthew Kaplan

| | |
|---|---|
| **From:** | Michael D. Pinnisi [mpinnisi@pinnisianderson.com] |
| **Sent:** | Saturday, January 19, 2008 9:00 AM |
| **To:** | 'Matthew Kaplan' |
| **Cc:** | 'Toby Butterfield'; jbockwoldt@cdas.com; 'Mark Ingber'; gpa@robinsonbrog.com; brian.greenfield@gprlaw.com |
| **Subject:** | RE: Lyons Partnership, LP et al v. Party Art Prods., Inc. et al - Motion for Reconsideration |

Plaintiffs chose the timing and method of service of their motion. As a result of those voluntary elections, Defendants' responses are due January 22. Argument is set by Court Order on January 29. I am not aware of any Plaintiffs' right to reply. My clients do not consent to any deviation from the Court's Order or from application of the Rules as described above.

Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850
Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com

This message and any attachments are intended only for the specific
addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise
confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful.
Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for
your cooperation.

-----Original Message-----
From: Matthew Kaplan [mailto:mkaplan@cdas.com]
Sent: Friday, January 18, 2008 4:14 PM
To: 'Michael D. Pinnisi'; 'Mark Ingber'; gpa@robinsonbrog.com; brian.greenfield@gprlaw.com
Cc: 'Toby Butterfield'; jbockwoldt@cdas.com
Subject: RE: Lyons Partnership, LP et al v. Party Art Prods., Inc. et al - Motion for Reconsideration

Mr. Pinnisi:

Please explain why we have to agree that your responses will be timely if served on January 22, 2008, and how we waive our right to object if we do not respond exactly when and in the manner you want us to.

Plaintiffs are entitled to reserve their objections to timeliness and make them in their reply papers.

However, if defendants take the position that their papers will be timely filed on January 22, 2008, plaintiffs' reply will be due after January 29, 2008, the date on which Judge Stanton has scheduled oral argument. If defendants do not intend to file their opposition today, will defendants consent to a request to adjourn oral argument on the motion until after plaintiffs reply papers are filed? If so, plaintiffs would agree to waive any objection to the timeliness of the opposition.

Nothing herein waives or shall be construed to waive any argument, claim, or objection plaintiffs have, all of which are expressly reserved.

1

Regards,

Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474 mkaplan@cdas.com | www.cdas.com


-----Original Message-----
From: Michael D. Pinnisi [mailto:mpinnisi@pinnisianderson.com]
Sent: Thursday, January 17, 2008 6:41 PM
To: 'Matthew Kaplan'; 'Toby Butterfield'; jbockwoldt@cdas.com
Cc: gary@gpa-law.com; 'Gary Adelman (bar)'; 'Brian Greenfield'; 'Mark Ingbar'
Subject: RE: Lyons Partnership, LP et al v. Party Art Prods., Inc. et al - Motion for Reconsideration

Please advise promptly whether you agree that January 22, 2008 responses will be timely. If you do not agree, please provide the basis for your disagreement. Failure to respond will be deemed a waiver of any objection you might otherwise have had to lack of timeliness. I believe the issue is academic, as I believe the pertinent rules lead plainly to a January 22,
2008 response date, but I would prefer to have a complete record regarding Plaintiffs' position now that you have raised the issue.

Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850
Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com

This message and any attachments are intended only for the specific
addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful. Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for your cooperation.

-----Original Message-----
From: Gary Adelman [mailto:gary@gpa-law.com]
Sent: Thursday, January 17, 2008 5:19 PM
To: Michael Pinnisi; 'Matthew Kaplan'; Gary Adelman (bar); Brian Greenfield; Mark Ingbar
Cc: 'Toby Butterfield'; jbockwoldt@cdas.com
Subject: Re: Lyons Partnership, LP et al v. Party Art Prods., Inc. et al - Motion for Reconsideration

That is our understanding as well

January 22, 2008.


-----Original Message-----

From: "Michael D. Pinnisi" <mpinnisi@pinnisianderson.com>

Date: Thu, 17 Jan 2008 16:51:50
To: "'Matthew Kaplan'" <mkaplan@cdas.com>, "'Gary Adelman'" <gary@bartonesq.com>, <brian.greenfield@gprlaw.com>, "'Mark Ingber'" <ingber.law@verizon.net>
Cc: "'Toby Butterfield'" <tbutterfield@cdas.com>, <jbockwoldt@cdas.com>
Subject: RE: Lyons Partnership, LP et al v. Party Art Prods., Inc. et al - Motion for Reconsideration


I believe you have misapplied the timing provisions of the pertinent rules. By my calculation, Defendants' papers are not due until January 22, 2008. It is our intention to file on behalf of the "Save the Date" Defendants on that day.


Michael D. Pinnisi
Pinnisi & Anderson, LLP
Bank of America Building
111 N. Tioga St., Suite 200
Ithaca, New York 14850
Phone: (607) 257-8000
Facsimile: (607) 257-0990
www.pinnisianderson.com <http://www.pinnisianderson.com/>

This message and any attachments are intended only for the specific addressee(s) identified above. This may include information that is privileged, copyrighted, or otherwise confidential. Unauthorized use or distribution of any portion hereof is strictly prohibited and may be unlawful. Please notify the sender immediately at (607) 257-8000 if you received this message by error. Thank you for your cooperation.


----------------

From: Matthew Kaplan [mailto:mkaplan@cdas.com]
Sent: Thursday, January 17, 2008 4:48 PM
To: 'Gary Adelman'; 'Michael D. Pinnisi'; brian.greenfield@gprlaw.com; 'Mark Ingber'
Cc: 'Toby Butterfield'; jbockwoldt@cdas.com
Subject: Lyons Partnership, LP et al v. Party Art Prods., Inc. et al - Motion for Reconsideration

Gentlemen:

For scheduling purposes, please confirm when tomorrow we can expect to receive defendants' opposition to plaintiffs' motion for reconsideration and for a protective order.

Regards,
Matt

3

Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
 <mailto:mkaplan@cdas.com> mkaplan@cdas.com | <http://www.cdas.com/>
www.cdas.com

\*\*\* This e-mail and any files transmitted with it are confidential. Its
contents are intended solely for the recipient(s) indicated and may also be
privileged. If you are not the intended recipient, you are hereby notified
that disclosing, copying, distributing or taking any action in reliance on
the contents of this e-mail is strictly prohibited. If you have received
this e-mail in error, please delete this e-mail from your system and notify
Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at
cdas@cdas.com. \*\*\*