```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYONS PARTNERSHIP, L.P. AND HIT      :
ENTERTAINMENT, INC.
                                     :
              Plaintiffs,
                                     :
         -against-                        07 Civ. 7121 (LLS)
                                     :
PARTY ART PRODUCTIONS INC., ROBERTA HERMAN,
PHILIP HERMAN, PARTY POOPERS, INC., MARLA      ORDER
MASE, 57TH STREET PARTY CORP. D/B/A SAVE :
THE DATE, JENNIFER GILBERT, THE MAGIX
AGENCY INC., SHELLEY CARROLL, ERIC SILVEY :
D/B/A ERIC SILVEY ENTERTAINMENT
                                     :
              Defendants.            :
------------------------------------X
```

Plaintiffs having moved by notice dated January 4, 2008 for reconsideration of my December 17, 2007 Order, and the court having reviewed the motion papers and heard argument by counsel for the parties on Tuesday, January 29, 2008, and sufficient cause appearing, IT IS ORDERED that--

1. The December 14, 2007 Order (filed December 17) is modified by striking from ¶ 2, p. 2 the names Lisa Degernes and Mason Weisz, Esq. for lack of a sufficient showing of need for their testimony; and

2. All stays previously ordered against motion practice or discovery proceedings by either side are vacated (except that the depositions of counsel for either side, other than Ralph Sutton, Esq., shall not be noticed by the other side without prior application to the court) and the case shall proceed according to the Federal Rules of Civil Procedure. The present limitations on

defendants' inquiry into the scope or nature of plaintiffs' enforcement practices in cases not involving these defendants will remain in place until further order.

So ordered.

DATED: New York, New York
       January 30, 2008

                                            */s/ Louis L. Stanton*
                                            LOUIS L. STANTON
                                              U. S. D. J.