ORIGINAL

Stanton, J

Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

           Plaintiffs,

    v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

           Defendants.
---------------------------------X

07 Civ. 7121 (LLS)(THK)

STIPULATED DISMISSAL
WITHOUT PREJUDICE

WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendants Party Art Productions, Inc., Roberta Herman and Philip Herman (collectively, the "Party Art Defendants") have settled the above-captioned matter; and

WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against the Party Art Defendants;

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Party Art Defendants, that the Party Art Defendants shall be dismissed without prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

IT IS FURTHER STIPULATED that the Honorable Louis L. Stanton, United States District Judge, or his successor shall retain jurisdiction to enforce the Settlement

{A061462.DOC\1}

Agreement between Plaintiffs and the Party Art Defendants and the Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | INGBER & GELBER, LLP |
|---|---|
| *(signature)* | *(signature)* |
| Toby M.J. Butterfield, Esq.<br>Matthew A. Kaplan, Esq. | Mark J. Ingber, Esq. |
| 41 Madison Avenue, 34th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>Facsimile: (212) 974-8474 | 181 Millburn Avenue<br>Millburn, New Jersey 07041<br>Telephone: (973) 921-0080<br>Facsimile: (973) 921-0021 |
| Attorneys for Plaintiffs | Attorneys for Defendants Party Art Productions, Inc., Roberta Herman & Philip Herman |
| Dated: 3/4/08 | Dated: 2/25/08 |

**SO ORDERED**

Dated: March 5, 2008

_____Louis L. Stanton_____
HON. _____, U.S.D.J.

{A061462.DOC\1}