_ORIGINAL                                                        $\mathcal{S}$ (ani (cat, )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

                Plaintiffs,

        v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

: 07 Civ. 7121 (LLS)(THK)

: STIPULATED PERMANENT
: INJUNCTION AND ORDER

        Plaintiffs Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively,

"Plaintiffs"), by and through their counsel, and Defendants Party Art Productions, Inc., Roberta

Herman and Philip Herman (collectively, the "Party Art Defendants"), do hereby stipulate and

agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and

restraining the Party Art Defendants, their officers, agents, servants, employees, contractors

and/or any individuals, entities or corporations acting in concert with them from:

      A.      Purchasing, distributing, displaying, selling, offering to sell, renting,
              offering to rent, and/or using adult-size costumes depicting Barney®,
              BJ®, Baby Bop® or Bob the Builder® characters for children's
              entertainment or otherwise;

      B.      Using or inducing others to use Plaintiffs' copyrights, trademarks, logos or
              trade dress, or any copy or imitation of any of them in any manner,
              including, but not limited to advertising, promoting, and/or marketing
              children's entertainment services;

{A061462.DOC\1}

C.    Passing off, inducing, or enabling others to sell or pass off any adult size costumes as genuine products authorized by Plaintiffs; and

D.    Committing or inducing others to commit any other acts calculated to cause purchasers to believe that the Party Art Defendants' adult size costumes are genuine products authorized by Plaintiffs; and

E.    Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner adult size costumes that copy, imitate or embody any of Plaintiffs' copyrights, trademarks, logos or trade dress.

It is further stipulated and ordered that all adult size costumes or costume molds in the possession of the Party Art Defendants, if any, that are likely to cause others to believe that the Party Art Defendants' unlicensed costumes are connected with Plaintiffs or with Plaintiffs' genuine Barney®, BJ®, Baby Bop® or Bob the Builder® characters shall be surrendered to Plaintiffs' counsel forthwith at the expense of the Party Art Defendants.

It is further stipulated that the Honorable Louis L. Stanton, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and the Party Art Defendants.

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs

Dated: ___3/4/08___

SO ORDERED

Dated: ___March 5, 2008___


INGBER & GELBER, LLP

Mark J. Ingber, Esq.

181 Millburn Avenue
Millburn, New Jersey 07041
Telephone: (973) 921-0080
Facsimile: (973) 921-0021

Attorneys for Defendants Party Art
Productions, Inc., Roberta Herman & Philip
Herman

Dated: ___2/25/08___


___Louis L. Stanton___
HON. _____, U.S.D.J.

{A061462.DOC\1}