USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

                  Plaintiffs,

     v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 7121 (LLS)(THK)

STIPULATED PERMANENT
INJUNCTION AND ORDER

Plaintiffs Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively,

"Plaintiffs"), by and through their counsel, and Defendant Eric Silvey d/b/a Eric Silvey

Entertainment ("Silvey"), by and through his counsel, do hereby stipulate and agree to entry of a

permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining Silvey,

his officers, agents, servants, employees, contractors and/or any individuals, entities or

corporations acting in concert with him from:

    A.    Purchasing, distributing, displaying, selling, offering to sell, renting,
           offering to rent, and/or using adult-size costumes depicting Barney®, BJ®,
           Baby Bop® or Bob the Builder® characters for children's entertainment or
           otherwise;

    B.    Using or inducing others to use Plaintiffs' copyrights, trademarks, logos or
           trade dress relating to the Barney®, BJ®, Baby Bop® and Bob the Builder®
           characters, or any copy or imitation of any of them in any manner,
           including, but not limited to advertising, promoting, and/or marketing
           children's entertainment services;

C.   Passing off, inducing, or enabling others to sell or pass off any adult size costumes as genuine products authorized by Plaintiffs; and

D.   Committing or inducing others to commit any other acts calculated to cause purchasers to believe that Silvey's adult size costumes are genuine products authorized by Plaintiffs; and

E.   Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner adult size costumes that copy, imitate or embody any of Plaintiffs' copyrights, trademarks, logos or trade dress relating to the Barney®, BJ®, Baby Bop® and Bob the Builder® characters.

It is further stipulated and ordered that for a period of three (3) years from the date of this Stipulation, Silvey shall promptly inform Plaintiffs of any changes of business name, location or ownership status.

It is further stipulated that the Honorable Louis L. Stanton, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Silvey.

{A061412.DOC/3}{A061412.DOC/1}

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs


Dated:    3/11/08

**SO ORDERED**
Dated: **March 12, 2008**

GREENFIELD, PUSATERI & RUHL

_____
Brian J. Greenfield, Esq.

626 Rexcorp Plaza
Uniondale, New York 11556
Telephone: (516) 522-2565
Facsimile: (516) 522-2566

Attorneys for Defendant Eric Silvey d/b/a
Eric Silvey Entertainment

Dated:    3/4/08


_____
HON. _____, U.S.D.J.