ORIGINAL

Mar 04 2008 7:30PM  Greenfield, Pusateri, Ruh  516-522-2566

Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LYONS PARTNERSHIP, L.P. and HIT :
ENTERTAINMENT, INC. :
 :
 :
   Plaintiffs, : 07 Civ. 7121 (LLS)(THK)
 :
 v. : STIPULATED DISMISSAL
 : WITHOUT PREJUDICE
PARTY ART PRODUCTIONS INC., ROBERTA :
HERMAN, PHILIP HERMAN, PARTY POOPERS, :
INC., MARLA MASE, 57TH STREET PARTY :
CORP. D/B/A SAVE THE DATE, JENNIFER :
GILBERT, THE MAGIC AGENCY INC., SHELLEY :
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY :
ENTERTAINMENT, :
 :
 :
   Defendants. :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

   WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendant Eric Silvey d/b/a Eric Silvey Entertainment ("Silvey") have settled the above-captioned matter; and

   WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against Silvey;

   IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and Silvey, through his counsel, that Silvey shall be dismissed without prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

{A061412.DOC/3} {A061412.DOC/3}

IT IS FURTHER STIPULATED that the Honorable Louis L. Stanton, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Eric Silvey and the Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | GREENFIELD, PUSATERI & RUHL |
| _____ Toby M.J. Butterfield, Esq. Matthew A. Kaplan, Esq. | _____ Brian J. Greenfield, Esq. |
| 41 Madison Avenue, 34th Floor New York, New York 10010 Telephone: (212) 974-7474 Facsimile: (212) 974-8474 | 626 Rexcorp Plaza Uniondale, New York 11556 Telephone: (516) 522-2565 Facsimile: (516) 522-2566 |
| Attorneys for Plaintiffs | Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment |
| Dated: 3/11/08 | Dated: 3/4/08 |

**SO ORDERED**

Dated: *March 12, 2008*

_____*Louis L. Stanton*_____
HON. _____, U.S.D.J.

{A061412.DOC/3}{A061412.DOC/1}