ORIGINAL

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

          Plaintiffs,

   v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

07 Civ. 7121 (LLS)(THK)

STIPULATED PERMANENT
INJUNCTION AND ORDER

Plaintiffs Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs"), by and through their counsel, and Defendants Party Poopers, Inc. and Marla Mase (collectively, the "Party Poopers Defendants"), do hereby stipulate and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining the Party Poopers Defendants, their officers, agents, servants, employees, contractors and/or any individuals, entities or corporations acting in concert with them and/or at their direction from:

    A.    Purchasing, distributing, displaying, selling, offering to sell, renting, offering to rent, and/or using adult-size costumes depicting Barney®, BJ®, Baby Bop® or Bob the Builder® characters for children's entertainment or otherwise;

    B.    Using or inducing others to use Plaintiffs' copyrights, trademarks, logos or trade dress, or any copy or imitation of any of them in any manner, including, but not limited to advertising, promoting, and/or marketing for children's entertainment services;

{00377116.DOC;1}

    C.    Passing off, inducing, or enabling others to sell or pass off any adult size costumes as genuine products authorized by Plaintiffs; and

    D.    Committing or inducing others to commit any other acts calculated to cause purchasers to believe that the Party Poopers Defendants' adult size costumes are genuine products authorized by Plaintiffs; and

    E.    Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner adult size costumes that copy, imitate or embody any of Plaintiffs' copyrights, trademarks, logos or trade dress.

It is further stipulated and ordered that all adult size costumes or costume molds in the possession of the Party Poopers Defendants that are likely to cause others to believe that the Party Poopers Defendants' unlicensed costumes are connected with Plaintiffs or with Plaintiffs' genuine Barney®, BJ®, Baby Bop® or Bob the Builder® characters shall be surrendered to Plaintiffs' counsel forthwith at the expense of the Party Poopers Defendants.

It is further stipulated and ordered that for a period of three (3) years from the date of this Stipulation, the Party Poopers Defendants shall promptly inform Plaintiffs of any changes of business name, location or ownership status, but only so long as Defendant Mase remains an owner.

It is further stipulated that the Honorable Louis L. Stanton, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and the Party Poopers Defendants.

{00377116.DOC;1}

IT IS SO STIPULATED:

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C. |

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs

Dated: 3/11/08

_____
Gary P. Adelman, Esq.

1345 Avenue of the Americas, 31st Floor
New York, New York 10105
Telephone: (212) 603-6300
Facsimile: (212) 956-2164

Attorneys for Defendants Party Poopers, Inc. & Marla Mase

Dated: 2/29/08

SO ORDERED

Dated: March 12, 2008

HON. _Louis L. Stanton_, U.S.D.J.

{00377116.DOC;1}