ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

    Plaintiffs,

v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

    Defendants.
----------------------------------------X

07 Civ. 7121 (LLS)

STIPULATED PERMANENT
INJUNCTION AND ORDER

  Plaintiffs Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendants 57th Street Party Corp. d/b/a Save the Date and Jennifer Gilbert (collectively, the "Save the Date Defendants"), do hereby stipulate and agree to entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining the Save the Date Defendants, their officers, agents, servants, employees, and/or any other individuals, entities or corporations acting at their direction from:

  A. Purchasing, holding for sale, selling, offering to sell, renting, offering to rent, or otherwise distributing and/or transferring and/or using any adult-size costume(s) depicting Barney®, BJ®, Baby Bop® and/or Bob the Builder® characters for children's entertainment or otherwise;

  B. Inducing others to engage in purchasing, holding for sale, selling, offering to sell, renting, offering to rent, or otherwise distributing and/or transferring and/or using for consideration any adult-size costume(s) depicting Barney®, BJ®, Baby Bop® and/or Bob the Builder® characters, for children's entertainment or otherwise;

{A061455.DOC\1}

    C.    Infringe upon any of Plaintiffs' other copyrights, trademarks, logos or trade dress in or related to the Barney®, BJ®, Baby Bop® and/or Bob the Builder® characters.

It is further stipulated and ordered that for a period of one year from the date of this Stipulation, the Save the Date Defendants shall promptly inform Plaintiffs of any changes of business name, location or ownership status.

It is further stipulated that the Honorable Louis L. Stanton, United States District Judge or his successor, shall retain jurisdiction for three years to enforce the Settlement Agreement between Plaintiffs and the Save the Date Defendants.

IT IS SO STIPULATED:

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | PINNISI & ANDERSON, LLP |
|---|---|
| _____ | _____ |
| Toby M.J. Butterfield, Esq. | Michael D. Pinnisi, Esq. |
| Matthew A. Kaplan, Esq. | |
| | |
| 41 Madison Avenue, 34th Floor | 111 North Tioga Street, Suite 200 |
| New York, New York 10010 | Ithaca, New York 14850 |
| Telephone: (212) 974-7474 | Telephone: (607) 257-8000 |
| Facsimile: (212) 974-8474 | Facsimile: (607) 257-0990 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants 57th Street Party Corp. d/b/a Save the Date & Jennifer Gilbert |
| | |
| Dated: March 14, 2008 | Dated: February 28, 2008 |

SO ORDERED

Dated: March 17, 2008

_____
HON. Louis L. Stanton, U.S.D.J.

{A0061455.DOC\1}