*Signed, T*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

**Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LYONS PARTNERSHIP, L.P. and HIT           :
ENTERTAINMENT, INC.                        :
                                           :
                                           :
                                           :   07 Civ. 7121 (LLS)
              Plaintiffs,                   :
                                           :   STIPULATED DISMISSAL
       v.                                  :   WITHOUT PREJUDICE
                                           :
PARTY ART PRODUCTIONS INC., ROBERTA        :
HERMAN, PHILIP HERMAN, PARTY POOPERS,      :
INC., MARLA MASE, 57TH STREET PARTY        :
CORP. D/B/A SAVE THE DATE, JENNIFER        :
GILBERT, THE MAGIC AGENCY INC., SHELLEY    :
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY :
ENTERTAINMENT,                             :
                                           :
              Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively,

"Plaintiffs") and Defendants 57th Street Party Corp. d/b/a Save the Date and Jennifer Gilbert

(collectively, the "Save the Date Defendants") have entered into a Release and Settlement

Agreement which, *inter alia*, resolves the above-captioned lawsuit between those parties; and

WHEREAS, this Court has signed and directed entry of a Stipulated Permanent

Injunction regarding future conduct of the Save the Date Defendants;

IT IS HEREBY STIPULATED by and between Plaintiffs, through their

counsel, and the Save the Date Defendants, that the Save the Date Defendants shall be dismissed

without prejudice from the above-captioned lawsuit pursuant to Rule 41(a) of the Federal Rules

of Civil Procedure, with each party to bear its own costs and attorney's fees.

{A061455.DOC3}

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile:  (212) 974-8474

Attorneys for Plaintiffs

Dated: _March 14, 2008_

PINNISI & ANDERSON, LLP

_____
Michael D. Pinnisi, Esq.

111 North Tioga Street, Suite 200
Ithaca, New York 14850
Telephone: (607) 257-8000
Facsimile: (607) 257-0990

Attorneys for Defendants 57th Street Party
Corp. d/b/a Save the Date & Jennifer Gilbert

Dated: _February 28, 2008_


SO ORDERED

Dated: _March 17, 2008_


_____
HON. _____, U.S.D.J.

[A061455.DOC;1]