USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08

# PINNISI & ANDERSON, LLP

BANK OF AMERICA BUILDING
111 NORTH TIOGA STREET, SUITE 200
ITHACA, NEW YORK 14850
PINNISIANDERSON.COM
(607) 257-8000
(fax) 257-0990

January 23, 2008

To The Clerk of The Court:
Please docket and place
this document in the public file.

LLS 3/18/08
Louis L. Stanton
U.S.D.J

BY E-MAIL

Matthew A. Kaplan
Cowan, DeBaets, et al.
41 Madison Avenue
New York, NY 10010

Re:  Lyons Partnership, L.P., et al. v. 57th Street Party Corp. d/b/a Save the Date, et al.
     U.S. District Court, S.D.N.Y. 07-CV-7121 (LLS)(THK)

Mr. Kaplan:

This responds to your e-mail delivered this morning which objects to this firm's filing of certain documents designated by Plaintiffs as "Confidential" pursuant to the Court's November 15, 2007 Order, and which requests our response to certain inquiries regarding distribution of the papers.

The Order provides in relevant part: "1. No party shall use or disclose for any purpose except this case any matters that another party has designated as confidential . . . ." Filing of motion papers is a disclosure in this case. We did not disclose the documents designated as "Confidential" other than by such filing. The Order does not require sealing of court records or other extraordinary precautions against further disclosure of filed documents.

I do not believe that any action by the Court or the Clerk is warranted in response to our filing, of the kind you described or otherwise. We will respond as appropriate to any application you may choose to bring before the Court by valid process.

Please let me know if this does not fully resolve your objections and concerns. Until then, we will consider the matter closed to everyone's satisfaction.

Yours,

Michael D. Pinnisi

cc:  Gary Adelman, Esq.
     Toby M. J. Butterfield
     Brian J. Greenfield, Esq.
     Mark J. Ingber, Esq.