**ORIGINAL**

# PINNISI & ANDERSON, LLP

BANK OF AMERICA BUILDING
111 NORTH TIOGA STREET, SUITE 200
ITHACA, NEW YORK 14850
(607) 257-8000
(fax) 257-0990

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/18/08*

March 17, 2008

BY FEDERAL EXPRESS

Hon. Louis L. Stanton
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Lyons Partnership, L.P., et al. v. 57th Street Party Corp., et al.
U.S. District Court, S.D.N.Y. 07-CIV-7121 (LLS)(THK)

Your Honor:

This responds to an inquiry received from your chambers regarding modification of the record. Specifically, I understood the Court to inquire whether Plaintiffs now agree that the filing of my declaration in opposition to their motions to reconsider and for a protective order did not violate any provision of the confidentiality order entered by this Court.

I am pleased to report that, in order to complete settlement of this case, Plaintiffs agree that there was no violation of the confidentiality order. This was prompted by my written confirmation that statements made in my January 23, 2008 letter to Plaintiffs' counsel regarding my declaration were true and correct.

Please advise if we can be of further assistance to the Court. Thank you for your further consideration of this matter.

Respectfully yours,

Michael D. Pinnisi

cc by fax:   Matthew Kaplan, Esq.
             Gary Adelman, Esq.
             Brian Greenfield, Esq.
             Mark J. Ingber, Esq.
             Toby Butterfield, Esq.

To The Clerk of The Court:
Please d... t.. .. place
this document in ... ..

LLS 3/18/08
Louis L. ...
U.S.D.J.