ORIGINAL

Stanton J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

          Plaintiffs,

   v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

          Defendants.
----------------------------------------X

07 Civ. 7121 (LLS)

STIPULATED DISMISSAL
WITH PREJUDICE

WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendants 57th Street Party Corp. d/b/a Save the Date and Jennifer Gilbert (collectively, the "Save the Date Defendants") have settled the above-captioned lawsuit between those parties; and

WHEREAS, this Court has signed and directed entry of a Stipulated Permanent Injunction regarding future conduct of the Save the Date Defendants;

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Save the Date Defendants, that the Save the Date Defendants shall be dismissed with prejudice from the above-captioned lawsuit pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

{A061455.DOC}

IT IS SO STIPULATED:

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | PINNISI & ANDERSON, LLP |
| */s/ Toby M.J. Butterfield* | */s/ Michael D. Pinnisi* |
| Toby M.J. Butterfield, Esq. | Michael D. Pinnisi, Esq. |
| Matthew A. Kaplan, Esq. | |
| 41 Madison Avenue, 34th Floor | 111 North Tioga Street, Suite 200 |
| New York, New York 10010 | Ithaca, New York 14850 |
| Telephone: (212) 974-7474 | Telephone: (607) 257-8000 |
| Facsimile: (212) 974-8474 | Facsimile: (607) 257-0990 |
| Attorneys for Plaintiffs | Attorneys for Defendants 57th Street Party Corp. d/b/a Save the Date & Jennifer Gilbert |
| Dated: March 26, 2008 | Dated: February 28, 2008 |

SO ORDERED

Dated: March 27, 2008

_____/s/ Louis L. Stanton_____
HON. , U.S.D.J.

{A0613455.DOC/1}