ORIGINAL
Mar 04 2008 7:30PM   Greenfield, Pusateri, Ruh   516-522-2566   p.15

Stanton

**Exhibit D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.,

          Plaintiffs,

       v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

          Defendants.
----------------------------------------X

07 Civ. 7121 (LLS)(THK)

STIPULATED DISMISSAL
WITH PREJUDICE

WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendant Eric Silvey d/b/a Eric Silvey Entertainment ("Silvey") have settled the above-captioned matter; and

WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against Silvey;

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and Silvey, through his counsel, that Silvey shall be dismissed with prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

{A061412.DOC/3}{A061412.DOC/1}

IT IS FURTHER STIPULATED that the Honorable Louis L. Stanton, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and Silvey and the Stipulated Permanent Injunction.

IT IS SO STIPULATED:

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | GREENFIELD, PUSATERI & RUHL |
|---|---|
| _____ | _____ |
| Toby M.J. Butterfield, Esq. | Brian J. Greenfield, Esq. |
| Matthew A. Kaplan, Esq. | |
| 41 Madison Avenue, 34th Floor | 626 Rexcorp Plaza |
| New York, New York 10010 | Uniondale, New York 11556 |
| Telephone: (212) 974-7474 | Telephone: (516) 522-2565 |
| Facsimile: (212) 974-8474 | Facsimile: (516) 522-2566 |
| Attorneys for Plaintiffs | Attorneys for Defendant Eric Silvey d/b/a Eric Silvey Entertainment |
| Dated: 4/10/08 | Dated: 3/4/08 |

SO ORDERED

Dated: 4/15/08

_____
HON. Louis L. Stanton, U.S.D.J.

{A061412.DOC/3}{A061412.DOC/1}