STANTON, S.

Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LYONS PARTNERSHIP, L.P. and HIT          :
ENTERTAINMENT, INC.                      :
                                         :
             Plaintiffs,                 :   07 Civ. 7121 (LLS)(THK)
                                         :
     v.                                  :   STIPULATED DISMISSAL
                                         :   WITH PREJUDICE
PARTY ART PRODUCTIONS INC., ROBERTA      :
HERMAN, PHILIP HERMAN, PARTY POOPERS,    :
INC., MARLA MASE, 57TH STREET PARTY      :
CORP. D/B/A SAVE THE DATE, JENNIFER      :
GILBERT, THE MAGIC AGENCY INC., SHELLEY  :
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY :
ENTERTAINMENT,                           :
                                         :
             Defendants.                 :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendants The Magic Agency, Inc. and Shelley Carroll (collectively, the "Magic Agency Defendants") have settled the above-captioned matter; and

WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against the Magic Agency Defendants;

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Magic Agency Defendants that the Magic Agency Defendants shall be dismissed with prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

IT IS FURTHER STIPULATED that the Honorable Louis L. Stanton, United States District Judge, or his successor shall retain jurisdiction to enforce the Settlement

{A061466.DOC/1}

Agreement between Plaintiffs and the Magic Agency Defendants and the Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs

Dated: 6/17/08

INGBER & GELBER, LLP

_____
Mark J. Ingber, Esq.

181 Millburn Avenue
Millburn, New Jersey 07041
Telephone: (973) 921-0080
Facsimile: (973) 921-0021

Attorneys for Defendants The Magic Agency, Inc. and Shelley Carroll

Dated: 2/26/08

**SO ORDERED**

Dated: June 20, 2008

_____
HON. Louis L. Stanton, U.S.D.J.

{A061466.DOC/1}