STANTON, J.

Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LYONS PARTNERSHIP, L.P. and HIT
ENTERTAINMENT, INC.

        Plaintiffs,

v.

PARTY ART PRODUCTIONS INC., ROBERTA
HERMAN, PHILIP HERMAN, PARTY POOPERS,
INC., MARLA MASE, 57TH STREET PARTY
CORP. D/B/A SAVE THE DATE, JENNIFER
GILBERT, THE MAGIC AGENCY INC., SHELLEY
CARROLL, and ERIC SILVEY D/B/A ERIC SILVEY
ENTERTAINMENT,

        Defendants.
----------------------------------------X

07 Civ. 7121 (LLS)(THK)

STIPULATED DISMISSAL
WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

    WHEREAS, Lyons Partnership, L.P. and HIT Entertainment, Inc. (collectively, "Plaintiffs") and Defendants Party Art Productions, Inc., Roberta Herman and Philip Herman (collectively, the "Party Art Defendants") have settled the above-captioned matter; and

    WHEREAS, this Court has ordered entry of a Stipulated Permanent Injunction against the Party Art Defendants;

    IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Party Art Defendants that the Party Art Defendants shall be dismissed with prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

    IT IS FURTHER STIPULATED that the Honorable Louis L. Stanton, United States District Judge, or his successor shall retain jurisdiction to enforce the Settlement

{A0614621.DOC}

Agreement between Plaintiffs and the Party Art Defendants and the Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | INGBER & GELBER, LLP |
|---|---|
| _____ | _____ |
| Toby M.J. Butterfield, Esq. | Mark J. Ingber, Esq. |
| Matthew A. Kaplan, Esq. | |

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiffs

Dated: 6/17/08

181 Millburn Avenue
Millburn, New Jersey 07041
Telephone: (973) 921-0080
Facsimile: (973) 921-0021

Attorneys for Defendants Party Art Productions, Inc., Roberta Herman & Philip Herman

Dated: 2/25/08

**SO ORDERED**

Dated: June 20, 2008

_____ Louis L. Stanton
HON. _____, U.S.D.J.

{A061462.DOC\1}